

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

JUDGE LEINENWEBER

030  9071

| | |
|---|---|
| **AMCO HOUSEWORKS LLC**, an Illinois limited liability company, | |
| Plaintiff, | Civil Action No. |
| v. | MAGISTRATE JUDGE DENLOW |
| **KUCHENPROFI – A SCHMITZ GMB & CO. KG**, a German corporation, **KUCHENPROFI, INC.**, and **MARPAC HOUSE, INC. d/b/a KUCHENPROFI USA**, a Washington corporation, | |
| Defendant. | **JURY TRIAL DEMANDED** |

## COMPLAINT

Plaintiff, AMCO Houseworks, LLC, by its undersigned attorneys, complains against defendants Kuchenprofi – A Schmitz Gmb & Co., Inc., Kuchenprofi, Inc. and Marpac House, Inc. d/b/a Kuchenprofi USA (collectively referred to as "defendants") as follows:

### NATURE AND STATUTORY BASIS OF ACTION

1. This action is for: (1) patent infringement under the Federal Patent Act (35 U.S.C. §§ 100, *et seq.*); (2) trade dress infringement and federal unfair competition under the Federal Trademark Act, also known as the Lanham Act (15 U.S.C. §§ 1051-1129); (3) unfair competition and unjust enrichment under the common law of the State of Illinois; (4) deceptive trade practices under the laws of the State of Illinois, as provided for by 815 ILCS §§ 510/1, *et seq.*; and (5) consumer fraud under the laws of the State of Illinois, as provided for by 815 ILCS §§ 505/1, *et seq.*

## THE PARTIES

2. Plaintiff AMCO Houseworks, LLC ("AMCO") is an Illinois limited liability company with its principal place of business located at 120 Lakeview Parkway, Vernon Hills, Illinois 60061. AMCO is in the business of designing, developing, and marketing a variety of houseware and kitchenware products.

3. On information and belief, defendant Kuchenprofi – A. Schmitz Gmb & Co. KG ("Kuchenprofi Germany") is a German company licensed to do business in the State of Washington with its principal place of business located at 810 Peace Portal Drive, Suite #204, Blaine, Washington 98231. On information and belief, Kuchenprofi Germany is in the business of manufacturing stainless steel kitchen tools.

4. On information and belief, defendant Kuchenprofi, Inc. is a corporation with its principal place of business located at 399 H Street, Suite 5, Blaine, Washington 98231. On information and belief, Kuchenprofi, Inc. is a related U.S. corporate entity to Kuchenprofi Germany, and a source for consumers in the United States to purchase Kuchenprofi's complete line of stainless steel kitchen tools.

5. On information and belief, defendant Marpac House d/b/a Kuchenprofi USA ("Marpac House") is a Washington corporation with it principal place of business located at 1023 South Pines Road, Spokane, Washington 99206. Upon information and belief, Marpac House is the exclusive wholesale distributor of Kuchenprofi products to businesses in the United States.

## JURISDICTION AND VENUE

6. Jurisdiction over Counts I - V is expressly conferred on this Court under 35 U.S.C. §§ 271, 281 and 289, 15 U.S.C. §1121(a) and 28 U.S.C. §§ 1331, 1332 and 1338(a) and/or (b), as

2

the amount in controversy exceeds $75,000.00. Jurisdiction over Counts VI - IIX is conferred on this Court under 28 U.S.C. § 1338, as these claims are joined with substantial and related claims under the Trademark Laws of the United States, and under the pendent jurisdiction of this Court.

7. Upon information and belief, personal jurisdiction over defendants is vested in this Court because defendants have committed one or more of the acts complained of herein within the United States and within this State and District, and defendants do business within this State and District.

8. Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b) and (c) and 1400(b) because a substantial part of the activity complained of occurred in this District, and defendants do business in this District.

**BACKGROUND**

**AMCO SPOON REST**

9. Through its creative efforts and desire to establish a unique brand of quality products, AMCO developed a distinctive ornamental spoon rest design as shown in **Exhibit A** to distinguish its product line from those of its competitors ("the AMCO spoon rest").

10. On December 3, 2002, United States Design Patent No. US D465,974 S ("the '974 patent"), entitled SPOON REST, was duly and legally issued for a novel and inventive ornamental design for a spoon rest. A true copy of the '974 patent is attached to this Complaint as **Exhibit B** and is incorporated herein by reference.

11. The '974 patent was duly and legally assigned to AMCO on December 18, 2001 and, since that date, AMCO has been and still is the owner of this patent.

12. AMCO has spent substantial time, money and effort in designing, advertising, promoting and marketing the AMCO spoon rest and its distinctive trade dress. Because of

3

AMCO's efforts and sales, AMCO has acquired valuable goodwill in this design and trade dress, the AMCO spoon rest has acquired distinctiveness in the minds of the trade and consumers, and the purchasing public associates this trade dress with AMCO as the source thereof.

13. AMCO has and continues to market and sell the AMCO spoon rest, which also embodies the invention of the '974 patent, and such spoon rest has met with widespread commercial acceptance.

14. On information and belief, defendants, subsequent to the issuance of the '974 patent and with full knowledge of AMCO's '974 patent, have been and are still infringing said patent by the unauthorized manufacture, use, importation, offer to sell and sale of articles embodying the ornamental design of the '974 patent, including defendants' "Kuchenprofi Professional" spoon rest shown in **Exhibit C**.

15. On information and belief, with full knowledge of AMCO's trade dress in the AMCO spoon rest, and AMCO's valuable rights thereunder, defendants have deliberately copied AMCO's design and trade dress in an effort to trade off and benefit from AMCO's goodwill and divert sales from AMCO to defendant.

16. On information and belief, despite the unlimited range of configurations and decorative elements available for use with spoon rests, defendants have purposefully adopted a trade dress that features the same decorative elements to create the same visual impression as the AMCO spoon rest trade dress.

17. On information and belief, defendants' accused spoon rest is a deliberate imitation of AMCO's patented spoon rest design of the '974 patent and trade dress. Defendants' accused spoon rest is sold to consumers both nationwide and in the State of Illinois via the world wide web in competition with AMCO's products. On information and belief, defendants' accused

4

spoon rest is also offered at wholesale and sold to businesses via published catalogs and telephone sales nationwide and in the State of Illinois. Moreover, because defendants' infringing spoon rests are virtually identical in appearance to AMCO's patented design and trade dress, the purchasing public is likely to confuse defendants' inferior infringing product with the AMCO spoon rest or otherwise mistakenly believe that defendants or their accused spoon rest are sponsored by or associated with AMCO. Defendants thereby trade on AMCO's reputation and goodwill and the commercial acceptance of AMCO's original high-quality products.

18. This Court has personal jurisdiction and venue lies in this District because, on information and belief, defendants have shipped and/or contracted to supply the accused spoon rest embodying the ornamental design of the '974 patent and the trade dress of the AMCO spoon rest to consumers nationwide, including consumers located in the State of Illinois and in this District. Defendants' "Kuchenprofi Professional" spoon rest shown in **Exhibit C** is offered for sale via the world wide web at the URL www.kuchenprofi.com and www.kitchenproven.com, as well as at many third-party websites. On information and belief, the www.kuchenprofi.com and www.kitchenproven.com websites are owned and operated by defendants Kuchenprofi Germany and/or Kuchenprofi, Inc. and are designed to allow consumers nationwide to interact and order Kuchenprofi product, including the accused Kuchenprofi spoon rest. On information and belief, upon receipt of an order via the www.kuchenprofi.com and www.kitchenproven.com websites, defendant Kuchenprofi, Inc. ships the desired Kuchenprofi product to consumers nationwide, including consumers in the State of Illinois and this District. On information and belief, defendant Marpac House offers for wholesale and sells the accused spoon rest to businesses nationwide and in the State of Illinois via published catalogs and telephone sales. A copy of Marpac's catalog advertisement of the accused spoon rest is attached hereto as **Exhibit D**. A

copy of Marpac's 2003 Dealer Price List is attached hereto as **Exhibit E**. The accused "Kuchenprofi Professional" spoon rest is identified on page 6 of the catalog and page 2 of the price list as item #10.0225.28.00.

### AMCO's Long-Handled Scrub Brush

19. Through its creative efforts and desire to establish a unique brand of quality products, AMCO developed a distinctive ornamental long-handled scrub brush design as shown in **Exhibit F** to distinguish its product line from those of its competitors.

20. On October 7, 2003, United States Design Patent No. US D480,215 S ("the '215 patent"), entitled BRUSH, was duly and legally issued for a novel and inventive ornamental design for a long-handled scrub brush. A true copy of the '215 patent is attached to this Complaint as **Exhibit G** and is incorporated herein by reference.

21. The '215 patent was duly and legally assigned to AMCO on February 12, 2003, and, since that date, AMCO has been and still is the owner of this patent.

22. On information and belief, defendants, subsequent to the issuance of the '215 patent and with full knowledge of AMCO's '215 patent, have been and are still infringing said patent by the unauthorized manufacture, use, importation, offer to sell and sale of articles embodying the ornamental design of the '215 patent, including defendants' "Kuchenprofi dishwashing brush" shown in **Exhibit H**.

23. On information and belief, defendants' accused dishwashing brush is a deliberate imitation of AMCO's patented long-handled scrub brush design. Defendants' accused dishwashing brush is sold to consumers both nationwide and in the State of Illinois via the world wide web in competition with AMCO's patented long-handled scrub brush products. On information and belief, defendants' accused dishwashing brush is also offered at wholesale and

6

sold to businesses via published catalogs and telephone sales nationwide and in the State of Illinois. Moreover, because defendants' infringing dishwashing brushes are virtually identical in appearance to AMCO's patented design, the purchasing public is likely to confuse defendants' infringing product with the AMCO long-handled scrub brush or otherwise mistakenly believe that defendants or their accused dishwashing brush are sponsored by or associated with AMCO. Defendants thereby trade on AMCO's reputation and goodwill and the commercial acceptance of AMCO's original high-quality products.

24. This Court has personal jurisdiction and venue lies in this District because, on information and belief, defendants have shipped and/or contracted to supply the accused dishwashing brush embodying the ornamental design of the '215 patent to consumers nationwide, including consumers located in the State of Illinois and in this District. Defendants' "Kuchenprofi dishwashing brush" shown in **Exhibit H** is offered for sale via the world wide web at the URL www.kuchenprofi.com and www.kitchenproven.com, as well as at many third-party websites. On information and belief, the www.kuchenprofi.com and www.kitchenproven.com websites are owned and operated by defendants Kuchenprofi Germany and/or Kuchenprofi, Inc. and are designed to allow consumers nationwide to interact and order Kuchenprofi products, including the accused Kuchenprofi dishwashing brush. On information and belief, upon receipt of an order via the www.kuchenprofi.com and www.kitchenproven.com websites, defendant Kuchenprofi, Inc. ships the infringing Kuchenprofi product to consumers nationwide, including to consumers in the State of Illinois and this District. On information and belief, defendant Marpac House offers for wholesale and sells the accused dishwashing brush to businesses nationwide and in the State of Illinois via published catalogs and telephone sales. A copy of Marpac's catalog advertisement of the accused dishwashing brush is attached hereto as **Exhibit**

7

**D.** A copy of Marpac's 2003 Dealer Price List is attached hereto as **Exhibit E.** The accused "Kuchenprofi dishwashing brush" is identified on page 6 of the catalog and page 2 of the price list as item #09.7300.28.00.

## AMCO'S ELONGATED SCRUB BRUSH

25. Through its creative efforts and desire to establish a unique brand of quality products, AMCO developed a distinctive ornamental elongated scrub brush design as shown in **Exhibit F** to distinguish its product line from those of its competitors.

26. On October 7, 2003, United States Design Patent No. US D480,219 S ("the '219 patent"), entitled BRUSH, was duly and legally issued for a novel and inventive ornamental design for an elongated scrub brush. A true copy of the '219 patent is attached to this Complaint as **Exhibit I** and is incorporated herein by reference.

27. The '219 patent was duly and legally assigned to AMCO on February 12, 2003 and, since that date, AMCO has been and still is the owner of this patent.

28. On information and belief, defendants, subsequent to the issuance of the '219 patent and with full knowledge of AMCO's '219 patent, have been and are still infringing said patent by the unauthorized manufacture, use, importation, offer to sell and sale of articles embodying the ornamental design of the '219 patent, including defendants' "Kuchenprofi vegetable brush" shown in **Exhibit J.**

29. On information and belief, defendants' accused vegetable brush is a deliberate imitation of AMCO's patented elongated scrub brush design. Defendants' accused vegetable brush is sold to consumers both nationwide and in the State of Illinois via the world wide web in competition with AMCO's products. On information and belief, defendants' accused vegetable brush is also offered at wholesale and sold to businesses via published catalogs and telephone

sales nationwide and in the State of Illinois. Moreover, because defendants' infringing vegetable brushes are virtually identical in appearance to AMCO's patented design, the purchasing public is likely to confuse defendants' infringing product with the AMCO elongated scrub brush or otherwise mistakenly believe that defendants or their accused vegetable brush are sponsored by or associated with AMCO. Defendants thereby trade on AMCO's reputation and goodwill and the commercial acceptance of AMCO's original high-quality products.

30. This Court has personal jurisdiction and venue lies in this District because, on information and belief, defendants have shipped and/or contracted to supply the accused vegetable brush embodying the ornamental design of the '219 patent to consumers nationwide, including consumers located in the State of Illinois and in this District. Defendants' "Kuchenprofi vegetable brush" shown in **Exhibit J** is offered for sale via the world wide web at the URL www.kuchenprofi.com and www.kitchenproven.com, as well as at many third-party websites. On information and belief, the www.kuchenprofi.com and www.kitchenproven.com websites are owned and operated by defendants Kuchenprofi Germany and/or Kuchenprofi, Inc. and are designed to allow consumers nationwide to interact and order Kuchenprofi products, including the accused Kuchenprofi potato brush. On information and belief, upon receipt of an order via the www.kuchenprofi.com and www.kitchenproven.com websites, defendant Kuchenprofi, Inc. ships the infringing Kuchenprofi product to consumers nationwide, including to consumers in the State of Illinois and this District. On information and belief, defendant Marpac House offers for wholesale and sells the accused vegetable brush to businesses nationwide and in the State of Illinois via published catalogs and telephone sales. A copy of Marpac's catalog advertisement of the accused vegetable brush is attached hereto as **Exhibit D.** A copy of Marpac's 2003 Dealer Price List is attached hereto as **Exhibit E.** The accused

"Kuchenprofi vegetable brush" is identified on page 6 of the catalog and page 2 of the price list as item #09.7200.28.00.

### AMCO's ROUND SCRUB BRUSH

31. Through its creative efforts and desire to establish a unique brand of quality products, AMCO developed a distinctive ornamental round scrub brush design as shown in **Exhibit F** to distinguish its product line from those of its competitors ("the AMCO potato brush").

32. On October 21, 2003, United States Design Patent No. US D480,878 S ("the '878 patent"), entitled BRUSH, was duly and legally issued for a novel and inventive ornamental design for a round scrub brush. A true copy of the '878 patent is attached to this Complaint as **Exhibit K** and is incorporated herein by reference.

33. The '878 patent was duly and legally assigned to AMCO on February 12, 2003 and, since that date, AMCO has been and still is the owner of this patent.

34. On information and belief, defendants, subsequent to the issuance of the '878 patent and with full knowledge of AMCO's '878 patent, have been and are still infringing said patent by the unauthorized manufacture, use, importation, offer to sell and sale of articles embodying the ornamental design of the '878 patent, including defendants' "Kuchenprofi potato brush" shown in **Exhibit L**.

35. On information and belief, defendants' accused potato brush is a deliberate imitation of AMCO's patented round scrub brush design. Defendants' accused potato brush is sold to consumers both nationwide and in the State of Illinois via the world wide web in competition with AMCO's products. On information and belief, defendants' accused potato brush is also offered for wholesale and sold to businesses via published catalogs and telephone sales nationwide and in the State of Illinois. Moreover, because defendants' infringing potato brushes

10

are virtually identical in appearance to AMCO's patented design, the purchasing public is likely to confuse defendants' infringing product with the AMCO round scrub brush or otherwise mistakenly believe that defendants or their accused potato brush are sponsored by or associated with AMCO. Defendants thereby trade on AMCO's reputation and goodwill and the commercial acceptance of AMCO's original high-quality products.

36. This Court has personal jurisdiction and venue lies in this District because, on information and belief, defendants have shipped and/or contracted to supply the accused potato brush embodying the ornamental design of the '878 patent to consumers nationwide, including to consumers located in the State of Illinois and in this District. Defendants' "Kuchenprofi potato brush" shown in **Exhibit L** is offered for sale via the world wide web at the URL www.kuchenprofi.com and www.kitchenproven.com, as well as at many third-party websites. On information and belief, the www.kuchenprofi.com and www.kitchenproven.com websites are owned and operated by defendants Kuchenprofi Germany and/or Kuchenprofi, Inc. and are designed to allow consumers nationwide to interact and order Kuchenprofi products, including the accused Kuchenprofi potato brush. On information and belief, upon receipt of an order via the www.kuchenprofi.com and www.kitchenproven.com websites, defendant Kuchenprofi, Inc. ships the desired Kuchenprofi product to consumers nationwide, including to consumers in the State of Illinois and this District. On information and belief, defendant Marpac House offers for wholesale and sells the accused potato brush to businesses nationwide and in the State of Illinois via published catalogs and telephone sales. A copy of Marpac's catalog advertisement of the accused potato brush is attached hereto as **Exhibit D**. A copy of Marpac's 2003 Dealer Price List is attached hereto as **Exhibit E**. The accused "Kuchenprofi potato brush" is identified on page 6 of the catalog and page 2 of the price list as item #09.7100.28.00.

11

## COUNT I

### VIOLATION OF THE FEDERAL PATENT ACT –
### INFRINGEMENT OF U.S. DESIGN PATENT NO. US D466,375 S

37. Plaintiff incorporates the allegations of Paragraphs 1-36 as if fully set forth herein.

38. On information and belief, defendants have been and still are infringing the '974 patent, including contributing to the infringement of and/or inducing others to infringe the '974 patent, by making, importing, using, selling and/or offering for sale spoon rests covered by the claim of the '974 patent, including, but not limited to, defendants' "Kuchenprofi Professional spoon rest." On information and belief, defendants will continue to infringe the '974 patent unless enjoined by this Court.

39. On information and belief, defendants' infringement, contributory infringement and/or active inducement of others' infringement of the '974 patent has taken place with full knowledge of the '974 patent and has been intentional, deliberate and willful.

## COUNT II

### VIOLATION OF THE FEDERAL PATENT ACT –
### INFRINGEMENT OF U.S. DESIGN PATENT NO. US D480,215 S

40. Plaintiff incorporates the allegations of Paragraphs 1-36 as if fully set forth herein.

41. On information and belief, defendants have been and still are infringing the '215 patent, including contributing to the infringement of and/or inducing others to infringe the '215 patent, by making, importing, using, selling and/or offering for sale long-handles scrub brushes covered by the claim of the '215 patent, including, but not limited to, defendants' "Kuchenprofi dishwashing brush." On information and belief, defendants will continue to infringe the '215 patent unless enjoined by this Court.

42. On information and belief, defendants' infringement, contributory infringement

and/or active inducement of others' infringement of the '215 patent has taken place with full knowledge of the '215 patent and has been intentional, deliberate and willful.

## COUNT III

### VIOLATION OF THE FEDERAL PATENT ACT – INFRINGEMENT OF U.S. DESIGN PATENT NO. US D480,219 S

43. Plaintiff incorporates the allegations of Paragraphs 1-36 as if fully set forth herein.

44. On information and belief, defendants have been and still are infringing the '219 patent, including contributing to the infringement of and/or inducing others to infringe the '219 patent, by making, importing, using, selling and/or offering for sale elongated scrub brushes covered by the claim of the '219 patent, including, but not limited to, defendants' "Kuchenprofi vegetable brush." On information and belief, defendants will continue to infringe the '219 patent unless enjoined by this Court.

45. On information and belief, defendants' infringement, contributory infringement and/or active inducement of others' infringement of the '219 patent has taken place with full knowledge of the '219 patent and has been intentional, deliberate and willful.

## COUNT IV

### VIOLATION OF THE FEDERAL PATENT ACT – INFRINGEMENT OF U.S. DESIGN PATENT NO. US D480,878 S

46. Plaintiff incorporates the allegations of Paragraphs 1-36 as if fully set forth herein.

47. On information and belief, defendants have been and still are infringing the '878 patent, including contributing to the infringement of and/or inducing others to infringe the '878 patent, by making, importing, using, selling and/or offering for sale round scrub brushes covered by the claim of the '878 patent, including, but not limited to, defendants' "Kuchenprofi potato brush." On information and belief, defendants will continue to infringe the '878 patent unless

enjoined by this Court.

48. On information and belief, defendants' infringement, contributory infringement and/or active inducement of others' infringement of the '878 patent has taken place with full knowledge of the '878 patent and has been intentional, deliberate and willful.

## COUNT V

### VIOLATION OF THE LANHAM ACT – TRADE DRESS INFRINGEMENT

49. Plaintiff incorporates the allegations of Paragraphs 1-36 as if fully set forth herein.

50. On information and belief, the acts of defendants complained of herein are willful and constitute trade dress infringement and unfair competition in violation of 15 U.S.C. § 1125(a).

51. On information and belief, due to defendants' conduct alleged above, purchasers and prospective customers of defendants' spoon rests are likely to be confused and deceived into believing, contrary to fact, that defendants' goods are genuine AMCO products or are sponsored by or otherwise associated with AMCO, or that defendants are affiliated or associated with AMCO, which they are not.

52. On information and belief, defendants' conduct alleged herein creates a likelihood of confusion, mistake and deception as to the source and sponsorship of defendants' spoon rests, all to AMCO's irreparable loss and damage. In addition, defendants' conduct is likely to dilute the ability of AMCO's distinctive trade dress to function as a source-indicator.

53. AMCO has suffered and will continue to suffer irreparable injury to its reputation and goodwill unless defendants are enjoined from continuing the conduct complained of, which injury cannot be adequately compensated monetarily.

14

## COUNT VI

### ILLINOIS COMMON LAW UNFAIR COMPETITION

54. Plaintiff incorporates the allegations of Paragraphs 1-36 as if fully set forth herein.

55. Defendants' use of AMCO's distinctive trade dress, or a colorable imitation thereof, in connection with defendants' spoon rest products, and promotion of such spoon rest products, constitutes unfair competition under Illinois common law.

56. Unless defendants' conduct is enjoined, they will continue to cause irreparable harm to AMCO and the public, for which AMCO has no adequate remedy at law.

## COUNT VII

### ILLINOIS DECEPTIVE TRADE PRACTICES

57. Plaintiff incorporates the allegations of Paragraphs 1-36 as if fully set forth herein.

58. On information and belief, defendants have made willful and intentional use of AMCO's trade dress, or a colorable imitation thereof, in connection with defendants' spoon rest products, and thereby are causing a likelihood of confusion, mistake or deception as to the source, sponsorship or approval of the parties' goods and as to defendants' affiliation, connection or association with AMCO. Defendants have thereby passed off their goods as those of AMCO, have represented that their goods are of the same quality or standard as AMCO's, and/or have engaged in other conduct which similarly creates a likelihood of confusion or misunderstanding, in violation of 815 ILCS §§ 510/1, *et seq.*

59. On information and belief, defendants' unlawful conduct has caused AMCO to suffer serious economic hardship, has resulted in unjust enrichment to defendants, and has caused and will continue to cause, unless enjoined by this Court, substantial and irreparable damage and injury to AMCO and the public, for which damage and injury AMCO has no adequate remedy at

15

law.

## COUNT IIX

### ILLINOIS CONSUMER FRAUD

60. Plaintiff incorporates the allegations of Paragraphs 1-36 as if fully set forth herein.

61. Defendants' aforesaid use of AMCO's trade dress, or a colorable imitation thereof, is an unfair method of competition and an unfair or deceptive act or practice in that defendants have used and continue to use deception and misrepresentation in the conduct of trade or commerce, in violation of 815 ILCS §§ 505/1, *et seq.*

62. On information and belief, defendants' unlawful conduct is willful and has caused AMCO to suffer serious economic damage, has resulted in unjust enrichment to defendants, and has caused and will continue to cause, unless enjoined by this Court, substantial and irreparable damage and injury to plaintiff and the public, for which damage and injury there is no adequate remedy at law.

### JURY DEMAND

AMCO demands a trial by jury on all issues triable by jury.

### PRAYER FOR RELIEF

WHEREFORE, AMCO prays for the following relief:

A.      Judgment for AMCO and against defendants in an amount to be determined at trial.

B.      That defendants and their officers, agents, servants, employees, successors, assigns, parents, subsidiaries, affiliated or related companies, attorneys and all persons in active concert and/or participation with them who receive notice be preliminarily and permanently enjoined and restrained from:

          i)        Infringing, inducing others to infringe, and/or contributing to the

16

infringement of the '974 patent by making, importing, using, selling and/or offering for sale spoon rests covered by the claim of the '974 patent, including, but not limited to, defendants' "Kuchenprofi Professional spoon rest."

ii) Infringing, inducing others to infringe, and/or contributing to the infringement of the '215 patent by making, importing, using, selling and/or offering for sale long-handled scrub brushes covered by the claim of the '215 patent, including, but not limited to, defendants' "Kuchenprofi dishwashing brush."

iii) Infringing, inducing others to infringe, and/or contributing to the infringement of the '219 patent by making, importing, using, selling and/or offering for sale elongated scrub brushes covered by the claim of the '219 patent, including, but not limited to, defendants' "Kuchenprofi vegetable brush."

iv) Infringing, inducing others to infringe, and/or contributing to the infringement of the '878 patent by making, importing, using, selling and/or offering for sale round scrub brushes covered by the claim of the '878 patent, including, but not limited to, defendants' "Kuchenprofi potato brush."

v) Using AMCO's distinctive spoon rest trade dress, or any confusingly similar trade dress or colorable imitation thereof in connection with spoon rests, which may cause a likelihood of confusion, mistake or deception;

vi) Otherwise infringing or diluting the distinctive quality of AMCO's spoon

17

rest trade dress;

vii) Injuring AMCO's business reputation and the goodwill associated with AMCO's spoon rest trade dress and from otherwise unfairly competing, directly or indirectly, with AMCO; or

viii) Causing a likelihood of confusion or misunderstanding as to source, sponsorship, association, affiliation, approval or certification with or by AMCO, or engaging in conduct tending to create a false commercial impression regarding defendants' or AMCO's products or services or any other conduct which tends to pass off defendants' products as those of AMCO or creates a likelihood of confusion or misunderstanding or false representation.

C. That defendants be directed to file in Court, and to serve on AMCO, within thirty (30) days after entry of the above injunction, a report in writing, under oath, setting forth in detail the manner and form in which they have complied with the injunction.

D. That defendants be required to pay such damages as AMCO has sustained in consequence of (i) defendants' infringement of AMCO's '974, '215, 219 and '878 patents, (ii) defendants' infringement of AMCO's spoon rest trade dress; and (iii) defendants' acts of unfair competition, including all gains, profits and advantages derived by defendants from their acts of infringement and unfair competition including, but not limited to, actual damages, defendants' profits, statutory damages, a reasonable royalty, and such other damages as determined by this Court to be proper.

E. That defendants be required to deliver up to be impounded during the pendency of this action all infringing products in their possession, custody or control, including, but not

limited to, the aforementioned accused "Kuchenprofi spoon rest", "Kuchenprofi dishwashing brush", "Kuchenprofi vegetable brush", and "Kuchenprofi potato brush", and further, as part of a final judgment or decree, that the Court order the destruction of all such infringing products and all plates, molds and other matter used for making such infringing products.

F.     That defendants be enjoined to recall from all distributors, wholesalers, distributors, dealers and retailers and all others known to defendants, any and all such infringing products.

G.     That defendants be ordered to compensate AMCO for the advertising or other expenses necessary to dispel any public confusion created by defendants' infringement of AMCO's '974, '215, '219 and '878 patents, AMCO's spoon rest trade dress and defendants' acts of unfair competition.

H.     That this Court enter a judgment that defendants' infringement of the '974, '215, '219 and '878 patents is willful and that this is an exceptional case under 35 U.S.C. § 285.

I.     That defendants be ordered to pay AMCO treble damages due to the knowing and willful nature of defendant's patent infringement under 35 U.S.C. § 284.

J.     That this Court enter a judgment that this is an exceptional case under 15 U.S.C. § 1117, entitling AMCO to reasonable attorneys' fees.

K.     That defendants be ordered to pay AMCO's attorneys' fees, interest and costs in connection with this action; and

19

L.      That this Court grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

Dated: December 15, 2003          By: _____

Charles A. Laff
Martin L. Stern
Barry W. Sufrin
Michael K. Nutter
MICHAEL BEST & FRIEDRICH, LLP
401 N. Michigan Ave., Suite 1900
Chicago, Illinois 60611
Telephone: (312) 222-0800
Facsimile: (312) 222-0818

Attorneys for Plaintiff
AMCO HOUSEWORKS LLC

20



EXHIBIT

*A*

US00D465974S

(12) **United States Design Patent** (10) Patent No.: **US D465,974 S**
Dorion et al. (45) **Date of Patent:** ✸✸ **Nov. 26, 2002**

(54) SPOON REST

(75) Inventors: Karen Dorion, Elmhurst, IL (US); Christopher Dorion, Elmhurst, IL (US)

(73) Assignee: Amco Houseworks LLC, Vernon Hills, IL (US)

(**) Term: 14 Years

(21) Appl. No.: 29/152,455

(22) Filed: Dec. 18, 2001

(51) LOC (7) Cl. ............................................. 07-06
(52) U.S. Cl. ............................................. D7/637
(58) Field of Search ................... D7/637–641, 601, D7/624; D6/529, 532, 536; 248/37.3, 37.6, 176.1, 176.2; 211/70.6, 70.7

(56) **References Cited**

U.S. PATENT DOCUMENTS

D255,311 S * 6/1980 Danoe ........................ D7/637

D274,684 S * 7/1984 Norton ........................ D7/637
D320,332 S * 10/1991 Felly ........................ D7/638

* cited by examiner

*Primary Examiner*—Terry A. Wallace
(74) *Attorney, Agent, or Firm*—Michael Best & Friedrich LLC

(57) **CLAIM**

The ornamental design for a spoon rest, as shown and described.

**DESCRIPTION**

FIG. 1 is a rear perspective view of the spoon rest;
FIG. 2 is a front elevation view of the spoon rest;
FIG. 3 is a rear elevation view of the spoon rest;
FIG. 4 is a side elevation view of the spoon rest, the other side of which is a mirror image;
FIG. 5 is a top plan view of the spoon rest; and,
FIG. 6 is a bottom plan view of the spoon rest.

**1 Claim, 2 Drawing Sheets**



EXHIBIT
B



*FIG. 1*



*FIG. 2*



*FIG. 3*



*FIG. 4*



*FIG. 5*



*FIG. 6*

Case: 1:03-cv-09071 Document #: 1 Filed: 12/16/03 Page 25 of 62 PageID #:25



**Your source for Kuchenprofi's complete line of fine stainless steel kitchen tools!!**

**Kuchenprofi has been making beautiful, high-quality stainless steel kitchen tools in Solingen, Germany, since 1923. They also have additional manufacturing facilities in Italy.**

| Home | Search | FAQ's | Enter to Win! | Products | Contact Us | Check Basket | Checkout Now |

Home > *Spoon Rests*

*Click on product name or photograph for description, additional information and the ability to add more than one of the items into your shopping cart.*

**Spoon Rests**



Kuchenprofi Spoon Rest, Compact
Code:**4-007371-03417-3**
Price: **$6.50**
Quantity In Basket: *none*

**Your Basket Contents**

Quantity in Basket: none

Recently Visited Items

**Our Products**
*Click on category links below to see our products.*

Balls -- Tea, Herb, Rice & Spice
Bamboo Skimmers
Barbecue Accessories
Basters
Breadbox
Breading Sets
Brushes -- Dishwashing & Replacements
Brushes -- Pastry, Potato, Vegetable
Can Opener
Cappucino Foam Cups and Spoons
Choppers

Case: 1:03-cv-09071 Document #: 1 Filed: 12/16/03 Page 26 of 62 PageID #:26



Cocktail Accessories
Colanders
Corkscrews
Cutting Boards and Accessories
Dish Drying Rack, Cutlery Trays and
Knife Racks
Dispensers -- Oil, Soy Sauce, Sugar,
Vinegar
Dredgers
Egg Rings, Timers, Etc.
Fondue Sets and Accessories
Food Mills
Funnels
Gift Certificates
Graters
Graters, Nutmeg
Herb Cutters
Herb Infusers
Herb Mills
Holders
Hooks and Racks
Juicers and Reamers
Kitchen Tools, Classic Series
Kitchen Tools, Parma Series
Kitchen Tools, Ralph Kramer Designs!
Knives, Speciality
Mandoline, Professional with Carriage
Marcato Pasta Machines & Accessories
Meat Pounders
Mezzaluna and Mincing Knives
Mortars and Pestles
New Items for 2003
Pans
Paper Towel Holders
Pasta Servers & Measurers
Pastry & Cooking Spoons and Scrapers
Planes
Potato Ricer
Rechaud
Roasting Pans
Rolling Pins
Salad Dressing Bottles
Salad Spinners
Salt & Pepper Grinders/Shakers
Scoops
Shakers, Salad Dressing
Shears, Kitchen and Poultry
Sieves and Sifters
Silicone Spatulas
Slicers, Apple / Potato
Spaetzle Makers
Splatter Screens
Spoon Rests
Stainless Steel Soap
Steamer Inserts

**Quantity:** [ 1 ]    [ Add to Cart ]

Kuchenprofi Professional Spoon Rest
Code:**4-007371-03878-2**
Price: **$14.50**
Quantity in Basket: *none*

**Quantity:** [ 1 ]    [ Add to Cart ]

Kuchenprofi Single Cooking Spoon
Holder
Code:**4-007371-03377-0**
Price: **$9.00**
Quantity in Basket: *none*

**Quantity:** [ 1 ]    [ Add to Cart ]

Kuchenprofi Spoon Rest, Large
Code:**4-007371-03723-5**
Price: **$12.50**
Quantity in Basket: *none*



Spoon Rests: Kitchen Proven

Strainers
Tea and Herb Infusers
Terrine Molds
Timers
Tongs
Trivets
Twine and Dispensers
Vegetable Peelers
Warmers
Whisks

**Quantity:** 1    Add to Cart

Kuchenprofi Double Cooking Spoon
Holder
Code: **4-007371-03759-4**
Price: **$20.00**
Quantity in Basket: *none*

**Quantity:** 1    Add to Cart

This site is secured by GeoTrust.

15-Dec-03 2016 GMT >>

SECURED BY
GeoTrust QuickSSL

*KitchenProven!*
Seattle, WA, USA

Questions? Please contact us by clicking here.
Hours: Monday thru Saturday ~ 8:00AM - 5:00PM PST
In-stock items usually ship within 48 hours; backordered items may take up to 10 working days.

Copyright © 2003 kitchenproven.com
All Rights Reserved.

*We accept:*



VISA    MasterCard    PayPal

http://www.kitchenproven.com/Merchant2/merchant.mvc?Screen=CTGY&Category_Code=SPOON

12/15/2003

Spoon Rests: Kitchen Proven

We are a member of SquareTrade. *"Building Trust in Transactions (tm)"*

SQUARE TRADE

Site Design by StudioSienna.com

PayPal
Developer Network

Member of the:

# 18/10 Stainless Steel Accessories




**Spaghetti Tong, 9"**
09.4000.28.00


**Vegetable Brush- NEW!**
09.7200.28.00


**Fish/Asparagus Tong, 9.5"**
09.4001.28.00


**Dish Washing Brush- NEW!**
09.7300.28.00


**Vegetable/Sausage Tong, 9.5"**
09.4006.28.00

## Order Toll-Free
## 1-800-336-6693


**Conical Sauce Sieve, 7"**
09.6007.28.18


**Professional Spoon Rest**
10.0225.28.00      10" x 5.5"


**Vegetable Sieve/Food Mill, 5.5"**
09.6560.28.14


**Mini 3-Sided Grater- NEW!**
10.0227.28.00 6.6" x 2.36"


**Vegetable Sieve/Food Mill, 9.5"**
09.6560.28.24


**Round Nutmeg Grater- NEW!**
10.0228.28.00      3.25" x 1.75"


**Vegetable Sieve/Food Mill, 8"**
09.6600.28.20


**Nutmeg Grater- NEW!**
10.0229.28.00


**Pastry Brush- NEW!**
09.7000.28.00      5.5"


**Spaetzle Plane, 12 x 4.5"**
10.0231.28.00

**EXHIBIT**
**D**


**Potato Brush- NEW!**
09.7100.28.00      2.75"


**Cooking Spoon Holder**
Includes spoon
10.0232.28.00      4.5" x 4.25" x 7"

PAGE 8



# MARPAC HOUSE
# 2003 Dealer Price List



KUCHENPROFI

**PRICE LIST # 8**
Effective 4/15/03

## TERMS & CONDITIONS

- Terms: Net 30 days from ship date, prices is subject to change without notice
- All prices are quoted and invoiced in U.S. dollars- F.O.B. Spokane, WA
- 1.5% monthly (18% annual) interest on overdue/past due balances.
- Minimum first order for credit: $100, all orders under $50 subject to a $5 handling charge
- Please make checks payable to Marpac House, Inc.
- Returns will not be accepted without our authorization
- All requests must be made within 10 days of receipt of merchandise.

| Item # | Description | UPC/EAN code | Price | Order |
|--------|-------------|--------------|-------|-------|
| **MARCATO** | **CATALOG PAGE 3** | **EUROPEAN QUALITY DESIGNS** | | |
| 10150 | Atlas 150 Pasta Machine | 8 000011 00205 7 | $28.00 | |
| 10155 | Spaghetti 2 mm Attachment | 8 000011 00008 4 | $8.95 | |
| 10160 | Cappelli D' Angelo (Angel Hair Attachment) | 8 000011 00009 1 | $8.95 | |
| 10165 | Pappardelle 50 mm (Lasagna Attachment) | 8 000011 00013 8 | $8.95 | |
| 10190 | Ravioli Attachment | 8 000011 00015 2 | $17.95 | |
| 10200 | Pasta Bike-Pasta Cutter | 8 000011 00046 6 | $6.95 | |
| 10210 | Tacapasta- Pasta Drying Rack | 8 000011 00208 8 | $13.50 | |
| 10220 | Pasta Drive (Motor Only) | 8 000011 00203 3 | $46.50 | |
| 10300 | Pasta Set (Atlas, Rav., Cappellinie, Pasta Bike) | 8 000011 00045 9 | $51.25 | |
| 10320 | Atlas Motor Set (Atlas 150 w/Pasta Drive) | 8 000011 00207 1 | $66.00 | |
| 10400 | Marcato Biscuits-Cookie Gun | 8 000011 00206 4 | $12.50 | |
| | | | | |
| **KUCHENPROFI** | **CATALOG PAGE 4** | **OVER 45 NEW ITEMS FOR 2003!** | | |
| 08.0101.28.08 | Meat Pounder, 1.9 lbs, 9.5" | 4 007371 00856 3 | $9.50 | |
| NEW! 08.0104.28.00 | Long Handle Meat Pounder 9.5", 1.9 lb | 4 007371 04020 4 | $10.95 | |
| NEW! 08.0110.28.03 | Breading Set, 3 pcs. 17.75" x 6.25" x 14" set | 4 007371 03869 0 | $14.95 | |
| 08.0140.28.18 | Expandable Trivet, small 5.5" x 5.5" | 4 007371 01180 8 | $3.85 | |
| 08.0140.28.30 | Expandable Trivet, medium 8" x 12" | 4 007371 01179 2 | $7.00 | |
| 08.0140.28.42 | Expandable Trivet, large  8" x 16" | 4 007371 01178 5 | $10.00 | |
| 08.0145.38.00 | Heavy Grade Nut Cracker 7" | 4 007371 02614 7 | $8.95 | |
| NEW! 08.0401.28.00 | Parmesan Cheese Knife,  6.5" | 4 007371 03981 9 | $5.50 | |
| 08.0430.28.00 | Lasagna Server | 4 007371 03880 5 | $6.95 | |
| 08.0440.28.00 | Cake Server | 4 007371 03881 2 | $6.95 | |
| 08.0450.28.00 | Cheese Knife, 11" | 4 007371 03729 7 | $4.75 | |
| 08.0460.28.00 | Pizza Knife, 8.5" | 4 007371 03730 3 | $4.75 | |
| 08.0480.28.00 | Tomato Knife | 4 007371 03848 5 | $4.95 | |
| NEW! 08.0490.28.00 | Breakfast Knife, 10.25" | 4 007371 04025 9 | $5.50 | |
| NEW! 08.0500.28.00 | XL Pizza Cutter, 4.3" dia. | 4 007371 03999 4 | $8.95 | |
| 08.0809.28.29 | Anti Splash Lid, 11.5" | 3 118372 26810 6 | $6.95 | |
| 08.0810.28.29 | Splatter Screen, 11.5" | 4 007371 03571 2 | $6.50 | |
| NEW! 08.0810.28.33 | Splatter Screen,  13" | 4 007371 04104 1 | $6.95 | |
| NEW! 08.0816.28.27 | Spaetzle Lid, with Scraper, 12.25" dia | 4 007371 03984 0 | $6.50 | |
| 08.0821.28.00 | Pour Off Sieve, 13" | 4 007371 03436 4 | $6.75 | |
| 08.0822.28.00 | Pour Off Sieve,  9.5" | 4 007371 03868 3 | $5.95 | |
| 08.0823.28.00 | Pour Off Sieve for Cans, 4.5" | 4 007371 03867 6 | $5.95 | |

**EXHIBIT**

E

Taylor Gifts

| | Item # | Description | UPC/EAN Code | Price | Order |
|---|---|---|---|---|---|
| **KUCHENPROFI** | | **CATALOG PAGE 5** | **18/18 STAINLESS STEEL KITCHENWARE** | | |
| | 08.0825.28.00 | Sink Strainer, 13.4" x 10.25" x 4.13" | 4 007371 03737 2 | $15.00 | |
| | 08.7007.10.24 | Wooden Pestle for Conical Sieve, 9.5" | 4 007371 01905 7 | $7.50 | |
| | 08.7008.10.00 | Wooden Pestle for Colander, 8" | 4 007371 01397 0 | $7.50 | |
| | 09.0038.28.00 | Professional Mandoline with carriage | 4 007371 01906 4 | $90.00 | |
| NEW! | 09.0316.28.00 | Breadbox, 15" x 10.8" x 6" | 4 007371 04028 0 | $39.95 | |
| | 09.0330.28.00 | Kitchen Scale, 4 lb/2 kg | 4 007371 03382 4 | $19.00 | |
| | 90335 | Kitchen Scale, 11 lb | 6 14280 90335 9 | $20.00 | |
| | 09.1192.28.19 | Straw Handle Cocktail Spoon, 7.5" | 4 007371 02785 4 | $1.75 | |
| | 09.1192.28.27 | Ice Tea Spoon, 8" | 4 007371 02523 2 | $1.15 | |
| | 09.1220.28.02 | Salad Set, 2 pieces, 10.5" | 4 007371 02382 5 | $8.75 | |
| | 09.2015.28.00 | Funnel with Filter | 4 007371 03859 1 | $7.95 | |
| | 09.2016.28.00 | Mini Funnel, 2.25" | 4 007371 03637 5 | $1.90 | |
| | 66000 | Stainless Mini Funnel | 0 90497 66000 9 | $1.20 | |
| | 300062 | Mini Funnel | 4 017166 30006 2 | $3.50 | |
| | 09.2017.28.10 | Funnel, 4" | 4 007371 01401 4 | $4.75 | |
| | 09.2018.28.00 | Jam Funnel, 5.5" | 4 007371 01505 9 | $5.75 | |
| | 09.2101.28.00 | Tureen Mold, round, 12" x 2.5" x 2" | 4 007371 03349 7 | $9.50 | |
| | 09.2102.28.00 | Tureen Mold, round, 12" x 3.5" x 2.5" | 4 007371 03350 3 | $12.95 | |
| | 09.2300.28.00 | Poultry Scissors, 5" blade | 4 007371 03490 6 | $14.95 | |
| NEW! | 09.2500.00.00 | Cooking Twine Dispenser | 4 007371 04032 7 | $7.95 | |
| | 09.2550.00.00 | Cooking Twine in Acrylic box w/blade, 130 ft | 4 007371 03137 0 | $2.75 | |
| | 09.2550.00.02 | Replacement Twine (2 ea) | 4 007371 03499 9 | $2.50 | |
| | 09.3000.28.00 | Expandable Serving Stand | 4 007371 03498 2 | $12.95 | |

| | | | | | |
|---|---|---|---|---|---|
| **KUCHENPROFI** | | **CATALOG PAGE 6** | **18/10 STAINLESS STEEL ACCESSORIES** | | |
| | 09.4000.28.00 | Spaghetti Tong, 9" | 4 007371 02352 8 | $5.95 | |
| | 09.4001.28.00 | Fish/Asparagus Tong, 9.5" | 4 007371 02353 5 | $6.50 | |
| | 09.4006.28.00 | Vegetable/Sausage Tong, 9.5" | 4 007371 03629 0 | $5.95 | |
| | 09.6007.28.18 | Conical Sauce Sieve, 7" | 4 007371 01434 2 | $11.95 | |
| | 09.6560.28.14 | Vegetable Sieve/Food Mill, 5.5" | 4 007371 03691 7 | $9.95 | |
| | 09.6560.28.24 | Vegetable Sieve/Food Mill, 9.5" | 4 007371 01673 5 | $14.95 | |
| | 09.6600.28.20 | Vegetable Sieve/Food Mill, 8" | 4 007371 03666 5 | $26.95 | |
| NEW! | 09.7000.28.00 | Pastry Brush, 5.5" | 4 007371 04090 7 | $4.95 | |
| NEW! | 09.7100.28.00 | Potato Brush, 2.75" | 4 007371 04087 7 | $5.50 | |
| NEW! | 09.7200.28.00 | Vegetable Brush, 6.25" | 4 007371 04088 4 | $6.50 | |
| NEW! | 09.7300.28.00 | Dish Washing Brush, 9" | 4 007371 04089 1 | $6.95 | |
| | 10.0225.28.00 | Professional Spoon Rest, 10" X 5.5" | 4 007371 03878 2 | $7.50 | |
| NEW! | 10.0227.28.00 | Mini 3-Sided Grater, 6.6" x 2.36" | 4 007371 04044 0 | $7.50 | |
| NEW! | 10.0228.28.00 | Round Nutmeg Grater, 3.25" x 1.75" | 4 007371 04045 8 | $8.75 | |
| NEW! | 10.0229.28.00 | Nutmeg Grater | 4 007371 03983 3 | $4.75 | |
| | 10.0231.28.00 | Spaetzle Plane, 12 x 4.5" | 4 007371 02799 1 | $6.95 | |
| | 10.0232.28.00 | Cooking Spoon Holder, 4.5" X 4.25" X 7" | 4 007371 03377 0 | $3.95 | |

| Item # | Description | UPC/EAN Code | Price | Order |
|---|---|---|---|---|
| **KUCHENPROFI** | **CATALOG PAGE 7** | **DREDGERS & STAINLESS ACCESSORIES** | | |
| 10.0233.28.00 | Spoon Rest, 6.5" X 3" | 4 007371 03417 3 | $2.25 | |
| 10.0234.28.00 | Spoon Rest, Large 10" x 3.35" x .79" | 4 007371 03723 5 | $5.50 | |
| 10.0236.28.00 | Deluxe Paper Towel Holder , 5" x 14" | 4 007371 03573 6 | $11.50 | |
| 10.0237.28.00 | Double Cooking Spoon Holder, 8" x 4.35" x 7.85" | 4 007371 03759 4 | $8.95 | |
| 10.0238.28.00 | Washing Brush Holder, 4.5" X 4.3" X 10" | 4 007371 03851 5 | $8.95 | |
| 10.0239.28.00 | Professional Paper Towel Holder, 6.75" X 13" | 4 007371 03852 2 | $11.95 | |
| 10.0250.08.08 | Italian Mortar & Pestle, 3" | 4 007371 03371 8 | $7.75 | |
| 10.0250.08.10 | Italian Mortar & Pestle, 4" | 4 007371 03370 1 | $9.25 | |
| 10.0250.08.12 | Italian Mortar & Pestle, 5" | 4 007371 03369 5 | $12.95 | |
| 10.0307.28.00 | Mini Dredger, fine holes, 3" | 4 007371 02645 1 | $3.50 | |
| 10.0308.28.00 | Mini Dredger, coarse holes, 3" | 4 007371 02646 8 | $3.50 | |
| 10.0309.28.00 | Mini Dredger, net, 3" | 4 007371 02647 5 | $3.50 | |
| 10.0311.28.00 | Mini Dredger, for Cheese, 3" | 4 007371 02788 5 | $3.50 | |
| 10.0330.28.00 | Herb / Spice Dredger, 3" | 4 007371 03857 7 | $3.95 | |
| NEW! 10.0340.28.00 | Net Dredger, 4.12" | 4 007371 03996 3 | $5.95 | |
| NEW! 10.0341.28.00 | Salt Shaker, 4.12" | 4 007371 03997 0 | $5.95 | |
| NEW! 10.0342.28.00 | Pepper Shaker, 4.12" | 4 007371 03998 7 | $5.95 | |
| 10.0500.28.00 | Oil Can, s/s, 5.5", 16 oz | 4 007371 03486 9 | $7.95 | |
| 10.0504.28.00 | Vinegar Sprayer, 3.75 fl. oz | 4 007371 03752 5 | $6.45 | |
| 10.0505.28.00 | Oil Dispenser, 3.75 fl. oz | 4 007371 03753 2 | $6.45 | |
| 10.0510.28.00 | Small Rectangle Grater, 3.5" x 8.5" | 4 007371 02506 5 | $4.95 | |
| 10.0511.28.00 | Hexagon Grater, 5.5" x 8.5" | 4 007371 02507 2 | $5.95 | |
| **KUCHENPROFI** | **CATALOG PAGE 8** | **MINCING KNIVES, SPOONS & SCRAPERS** | | |
| 10.0512.28.00 | Jumbo Rectangle Grater, 4.5" x 9.25" | 4 007371 02657 4 | $5.95 | |
| 10.0513.28.00 | Mincing Knife, single blade, 6" | 4 007371 02853 0 | $4.25 | |
| 10.0514.28.00 | Mincing Knife, double blade, 6" | 4 007371 03440 1 | $8.50 | |
| 10.0515.28.18 | Mincing Knife, single blade, 7" | 4 007371 03687 0 | $11.25 | |
| 10.0516.28.18 | Mincing Knife, double blade, 7" | 4 007371 03689 4 | $14.95 | |
| 10.0530.28.00 | Vinegar Sprayer, 6.75 Fluid oz. | 4 007371 03873 7 | $8.95 | |
| 10.0531.28.00 | Oil Dispenser, 6.75 Fluid oz. | 4 007371 03874 4 | $8.95 | |
| NEW! 10.0533.28.00 | Soy Sauce Dispenser | 4 007371 03878 8 | $9.95 | |
| 10.0600.28.00 | Rolling Pin, Stainless Steel, 19.5" | 4 007371 01925 5 | $16.50 | |
| 10.0670.28.00 | Mortar & Pestle 18/10 SS, with 2 mesh inserts | 4 007371 03864 5 | $17.50 | |
| 10.0700.28.00 | Shaking Sieve, 4", 14 oz | 4 007371 02956 8 | $3.95 | |
| 10.0804.11.00 | Pastry & Cooking Spoon, green, 12.25" | 4 007371 03419 7 | $5.50 | |
| 10.0804.12.00 | Pastry & Cooking Spoon, blue, 12.25" | 4 007371 03420 3 | $5.50 | |
| 10.0804.15.00 | Pastry & Cooking Spoon, orange, 12.25" | 4 007371 03421 0 | $5.50 | |
| 10.0804.16.00 | Pastry & Cooking Spoon, yellow ,12.25" | 4 007371 03422 7 | $5.50 | |
| 10.0804.22.00 | Pastry & Cooking Spoon, white, 12.25" | 4 007371 03853 9 | $5.50 | |
| 10.0805.11.00 | Pastry Scraper, green, 11.75" | 4 007371 03423 4 | $2.95 | |
| 10.0805.12.00 | Pastry Scraper, blue, 11.75" | 4 007371 03424 1 | $2.95 | |
| 10.0805.15.00 | Pastry Scraper, orange, 11.75" | 4 007371 03425 8 | $2.95 | |
| 10.0805.16.00 | Pastry Scraper, yellow, 11.75" | 4 007371 03426 5 | $2.95 | |
| 10.0805.22.00 | Pastry Scraper, white, 11.75" | 4 007371 03854 6 | $2.95 | |
| 10.0806.11.00 | Pastry Spoon, small, green, 11" | 4 007371 04382 1 | $3.95 | |
| 10.0806.12.00 | Pastry Spoon, small, blue, 11" | 4 007371 03483 8 | $3.95 | |
| 10.0806.15.00 | Pastry Spoon, small, orange, 11" | 4 007371 03484 5 | $3.95 | |
| 10.0806.16.00 | Pastry Spoon, small, yellow, 11" | 4 007371 03485 2 | $3.95 | |
| 10.0806.22.00 | Pastry Spoon small, white, 11" | 4 007371 03855 3 | $3.95 | |
| 10.0807.11.00 | Pastry Scraper, small, green, 10" | 4 007371 03505 7 | $2.75 | |
| 10.0807.12.00 | Pastry Scraper, small, blue, 10" | 4 007371 03506 4 | $2.75 | |
| 10.0807.15.00 | "Pastry Scraper, small, orange, 10" | 4 007371 03507 1 | $2.75 | |
| 10.0807.16.00 | Pastry Scraper, small, yellow, 10" | 4 007371 03508 8 | $2.75 | |
| 10.0807.22.00 | Pastry Scraper small, white, 10" | 4 007371 03856 0 | $2.75 | |
| 10.0809.11.00 | Cooking Spoon Round, green | 4 007371 03915 4 | $3.95 | |
| 10.0809.12.00 | Cooking Spoon Round, blue | 4 007371 03905 5 | $3.95 | |
| 10.0809.15.00 | Cooking Spoon Round, orange | 4 007371 03906 2 | $3.95 | |
| 10.0809.16.00 | Cooking Spoon Round, yellow | 4 007371 03907 9 | $3.95 | |
| 10.0809.22.00 | Cooking Spoon Round, white | 4 007371 03908 6 | $3.95 | |

| | Item # | Description | UPC/EAN Code | Price | Order |
|---|---|---|---|---|---|
| **KUCHENPROFI** | | **CATALOG PAGE 8- continued** | **MINCING KNIVES, SPOONS & SCRAPERS** | | |
| | 10.0810.11.00 | Cooking Spoon with hole, green | 4 007371 03909 3 | $3.95 | |
| | 10.0810.12.00 | Cooking Spoon with hole, blue | 4 007371 03910 9 | $3.95 | |
| | 10.0810.15.00 | Cooking Spoon with hole, orange | 4 007371 03911 6 | $3.95 | |
| | 10.0810.16.00 | Cooking Spoon with hole, yellow | 4 007371 03912 3 | $3.95 | |
| | 10.0810.22.00 | Cooking Spoon with hole, white | 4 007371 03913 0 | $3.95 | |
| NEW! | 10.0811.11.00 | Silicone Turner, Green, 14" | 4 007371 04057 0 | $6.95 | |
| NEW! | 10.0811.12.00 | Silicone Turner, Blue, 14" | 4 007371 04026 6 | $6.95 | |
| NEW! | 10.0811.15.00 | Silicone Turner , Orange, 14" | 4 007371 04058 7 | $6.95 | |
| NEW! | 10.0811.16.00 | Silicone Turner, Yellow, 14" | 4 007371 04059 4 | $6.95 | |
| NEW! | 10.0811.22.00 | Silicone Turner, White, 14" | 4 007371 04060 0 | $6.95 | |
| | | | | | |
| **KUCHENPROFI** | | **CATALOG PAGE 9** | **GRATERS, TIMERS & ACCESSORIES** | | |
| NEW! | 10.0812.11.00 | Serving Spoon, Green, 13.75" | 4 007371 04062 4 | $6.95 | |
| NEW! | 10.0812.12.00 | Serving Spoon, Blue, 13.75" | 4 007371 04027 3 | $6.95 | |
| NEW! | 10.0812.15.00 | Serving Spoon, Orange, 13.75" | 4 007371 04063 1 | $6.95 | |
| NEW! | 10.0812.16.00 | Serving Spoon, Yellow, 13.75" | 4 007371 04064 8 | $6.95 | |
| NEW! | 10.0812.22.00 | Serving Spoon, White, 13.75" | 4 007371 04065 5 | $6.95 | |
| | 10.0905.00.00 | Mr. Peppino Timer, 4.5" | 4 007371 02738 0 | $4.25 | |
| | 10.0906.00.00 | Chrome-Plated Egg Timer, 3.5" | 4 007371 03102 8 | $4.50 | |
| NEW! | 10.0917.00.00 | UFO Timer | 4 007371 03977 2 | $6.95 | |
| | 10.1077.28.04 | Foam Cup, 13.5 oz | 4 007371 02517 1 | $6.95 | |
| | 10.1077.28.07 | Foam Cup, 23.5 oz | 4 007371 02518 8 | $8.25 | |
| | 10.1800.28.00 | Universal Scoop, 9.45" x  3" | 4 007371 03703 7 | $9.95 | |
| | 10.1950.28.00 | Ice Cream Scoop, 1 oz, 8.25" | 4 007371 02344 3 | $4.95 | |
| | 10.2000.28.00 | Large Hole Pro Weight Grater, 12.5" x 5.5" | 4 007371 01428 1 | $6.50 | |
| | 10.2001.28.00 | Slicer Pro Weight Grater, 12.5" x 5.5" | 4 007371 01429 8 | $6.50 | |
| | 10.2002.28.00 | Vegetable Pro Weight Grater, 12.5" x 5.5" | 4 007371 01430 4 | $6.50 | |
| | 10.2003.28.00 | Universal Pro Weight Grater, 12.5" x 5.5" | 4 007371 01431 1 | $6.50 | |
| | 10.2004.28.00 | Small Hole Pro Weight Grater, 12.5" x 5.5" | 4 007371 02658 1 | $6.50 | |
| NEW! | 10.2006.30.00 | Ginger Grater, 7" x 3.5" x 1.15" | 4 007371 03900 0 | $2.95 | |
| NEW! | 10.2007.28.00 | Universal Pro Grater with container | 4 007371 03939 0 | $10.95 | |
| NEW! | 10.2008.28.00 | Potato Grater/ Shredder | 4 007371 03940 6 | $5.50 | |
| | 10.2545.28.13 | Rice Ball, 5.5" | 4 007371 02626 0 | $12.50 | |
| | 10.2548.28.24 | Steaming Insert 9.5" | 4 007371 01696 4 | $5.35 | |
| | 10.2600.28.00 | Egg Ring "Round", 2 pcs. | 4 007371 03896 6 | $4.50 | |
| | | | | | |
| **KUCHENPROFI** | | **CATALOG PAGE 10** | **FUNCTIONAL 18/10 STAINLESS STEEL** | | |
| | 10.2610.28.00 | Egg Ring "Flower", 2 pcs. | 4 007371 03897 3 | $4.50 | |
| | 10.2620.28.00 | Egg Ring "Heart", 2 pcs. | 4 007371 03898 0 | $4.50 | |
| | 10.3002.28.00 | Asparagus Peeler, 6.5" | 4 007371 03358 9 | $3.95 | |
| | 10.3410.28.00 | Spaghetti Server, 2.16" x 11" | 4 007371 03892 8 | $4.95 | |
| | 10.3450.28.00 | Spaghetti Measure | 4 007371 03527 9 | $3.30 | |
| | 10.3504.28.15 | Standard Whisk, 6" | 4 007371 03039 7 | $2.75 | |
| | 10.3504.28.20 | Standard Whisk, 8" | 4 007371 01686 5 | $3.30 | |
| | 10.3504.28.25 | Standard Whisk, 10" | 4 007371 01624 7 | $3.60 | |
| | 10.3504.28.30 | Standard Whisk, 12" | 4 007371 01625 4 | $3.90 | |
| | 10.3578.28.10 | Sauce Pan- 4", 6 oz | 4 007371 01420 5 | $3.95 | |
| | 10.3600.28.00 | Rechaud, 4" | 4 007371 01948 4 | $4.75 | |
| | 10.4501.28.00 | Tea Strainer, 3 piece set | 4 007371 03769 3 | $3.95 | |
| | 10.4502.28.04 | Tea & Herb Tong, 1.5" | 4 007371 02512 6 | $1.50 | |
| | 10.4502.28.05 | Tea & Herb Tong, 2" | 4 007371 02513 3 | $1.80 | |
| | 10.4502.28.06 | Tea & Herb Tong, 2.5" | 4 007371 02514 0 | $2.30 | |
| | 10.4502.28.07 | Tea & Herb Tong, 4" | 4 007371 03004 5 | $2.90 | |
| | 10.4503.28.05 | Mesh Tea Ball, 2" | 4 007371 02964 3 | $1.50 | |
| | 10.4503.28.06 | Mesh Tea Ball, 2.5" | 4 007371 02965 0 | $1.90 | |
| | 10.5100.38.06 | S-Hook Set, 6 pieces, 2" | 4 007371 02563 8 | $2.00 | |
| | 10.5100.38.50 | S-Hook, chrome plated, 2" | 4 007371 01142 6 | $0.40 | |
| | 10.5100.38.65 | S-Hook, chrome plated, 2.5" | 4 007371 01896 8 | $0.50 | |
| | 10.5500.28.05 | Utensil Rack & Hooks, heavy grade, 20" | 4 007371 00806 8 | $15.00 | |
| | 10.5500.28.06 | Utensil Rack & Hooks, heavy grade, 24" | 4 007371 00810 5 | $16.75 | |

| Item # | Description | UPC/EAN Code | Price | Order |
|---|---|---|---|---|
| **KUCHENPROFI** | **CATALOG PAGE 10- continued** | **FUNCTIONAL 18/10 STAINLESS STEEL** | | |
| 10.6200.28.04 | Barbecue Skewers Set, 4 pc, 12" | 4 007371 03428 9 | $9.95 | |
| 10.62697.28.0 | Fondue Mesh Spoon, Stainless Steel | 4 007371 01674 2 | $1.30 | |
| 10.6300.28.00 | Baster Set w/ injector needle & brush | 4 007371 03427 2 | $5.95 | |
| NEW! 10.6650.28.00 | Professional Fish BBQ Grill | 4 007371 04015 0 | $12.50 | |
| 10.6800.28.00 | Tweezers Tongs, 12" | 4 007371 03831 7 | $3.95 | |
| | | | | |
| **KUCHENPROFI** | **CATALOG PAGE 11** | **PARMA TOOLS** | | |
| 10.6900.28.32 | Multifunction Tongs, 11.5" | 4 007371 03875 1 | $3.50 | |
| 10.7000.28.32 | Lasagna / Roast Pan, 12" x 8" x 2.5" | 4 007371 03500 2 | $16.95 | |
| 10.7000.28.35 | Lasagna / Roast Pan, 13" x 10" x 2.5" | 4 007371 03501 9 | $20.95 | |
| 10.7000.28.40 | Lasagna / Roast Pan, 15" x 10" x 2.5" | 4 007371 03502 6 | $24.50 | |
| 10.9000.28.00 | Cutlery Tray- 13.5" x 11.5" x 2.25" s/s | 4 007371 03624 5 | $20.00 | |
| NEW! 10.9010.28.00 | Mesh Cutlery Organizer, 12.6" x 9.25" x 2.2" | 4 007371 04038 9 | $14.50 | |
| NEW! 10.9030.28.00 | Dish Drying Rack, 3 pcs., 22" x 12" x  5" | 4 007371 04068 6 | $14.95 | |
| 10.9100.28.00 | Magnetic Knife Rack- 14" x 2.25" s/s | 4 007371 03626 9 | $7.95 | |
| 10.9990.28.06 | Giant Herb/Spice Ball, 2.5" | 4 007371 02677 2 | $3.25 | |
| 10.9990.28.10 | Giant Herb/Spice Ball, 4" | 4 007371 03528 6 | $5.50 | |
| 11.0200.28.00 | "Parma" Serving Spoon, 11" | 4 007371 03027 4 | $5.75 | |
| 11.0201.28.00 | "Parma" Fork, 14" | 4 007371 03028 1 | $5.75 | |
| 11.0202.28.00 | "Parma" Sauce Ladle, 10" | 4 007371 03029 8 | $6.75 | |
| 11.0203.28.00 | "Parma" Utensil Rack, 18" | 4 007371 03030 4 | $4.75 | |
| 11.0204.28.00 | "Parma" Soup Ladle, 12.5" | 4 007371 03031 1 | $7.25 | |
| 11.0205.28.00 | "Parma" Skimmer, 14" | 4 007371 03032 8 | $7.25 | |
| 11.0206.28.00 | "Parma" Fry Spatula, 12.5" | 4 007371 03033 5 | $6.75 | |
| 11.0208.28.00 | "Parma" Spaghetti Server, 11" | 4 007371 03035 9 | $6.75 | |
| 11.0209.28.00 | "Parma" Cake/Lasagna Knife, 11.5" | 4 007371 03036 6 | $6.75 | |
| 11.0210.28.00 | "Parma" Serving Tong, 12" | 4 007371 03037 3 | $5.75 | |
| 11.0212.28.00 | "Parma" Fish Spatula, 14" | 4 007371 03255 1 | $7.25 | |
| | | | | |
| **KUCHENPROFI** | **CATALOG PAGE 12** | **CLASSIC, PROFI & PARMA 18/10 TOOLS** | | |
| 11.0549.28.00 | "Tube" Potato Masher, 12" | 4 007371 02064 0 | $5.75 | |
| 11.2004.28.02 | "Parma" Salad Set, 2 pc | 4 007371 03279 7 | $8.95 | |
| 11.0800.28.08 | "Profi" Soup Ladle, 9", 2 oz | 4 007371 02043 5 | $6.00 | |
| 11.0800.28.09 | "Profi" Soup Ladle, 11", 4 oz | 4 007371 02042 8 | $8.50 | |
| 11.0900.28.00 | "Classic" Serving Spoon, 13" | 4 007371 02443 3 | $4.90 | |
| 11.0903.28.00 | "Wok" Spatula, 14.25" | 4 007371 02445 7 | $5.75 | |
| 11.0932.28.00 | "Wok" Spoon, 14.25" (not pictured) | | $5.75 | |
| 11.0905.28.00 | "Classic" Soup Ladle, 11.5", 2 oz | 4 007371 02442 6 | $4.90 | |
| 11.0906.28.00 | "Classic" Soup Ladle, 14", 4 oz | 4 007371 02441 9 | $5.50 | |
| 11.0907.28.00 | "Classic" Spaghetti Server, 11.5" | 4 007371 02438 9 | $4.90 | |
| 11.0908.28.00 | "Classic" Skimmer, 15" | 4 007371 02439 6 | $4.90 | |
| 11.0909.28.00 | "Classic" Fry Spatula with slots, 15" | 4 007371 02437 2 | $4.90 | |
| 11.0910.28.00 | "Classic" Large Fork, 15" | 4 007371 02440 2 | $4.20 | |
| 11.0922.28.00 | "Classic" Cake Knife, 12.5" | 4 007371 02496 9 | $4.90 | |
| 11.0924.28.00 | "Classic" Nylon Turner, 14" | 4 007371 02501 0 | $4.90 | |
| 11.0925.28.00 | "Classic" Fine Net Skimmer" 13.5" | 4 007371 02493 8 | $8.75 | |
| 11.0928.28.00 | "Classic" Small Fork, 9.5" | 4 007371 02617 8 | $4.50 | |
| 11.0929.28.00 | "Classic" Vegetable Spoon, 9.5" | 4 007371 02618 5 | $4.50 | |
| 11.0931.28.00 | "Classic" Small Sauce Ladle, 8.25", 2 oz | 4 007371 02620 8 | $4.50 | |
| 11.0933.28.00 | "Classic" Fish/Asparagus Turner, 12.25" | 4 007371 02577 5 | $6.25 | |

| Item # | Description | UPC/EAN Code | Price | Order |
|---|---|---|---|---|
| **KUCHENPROFI** | **CATALOG PAGE 13** | **18/10 STAINLESS STEEL CLASSIC** | | |
| 11.0936.28.00 | "Classic" Oval Sauce Ladle, 11.5", 2 oz | 4 007371 02787 8 | $4.90 | |
| 11.0940.28.00 | "Classic" Professional Ladle, square, 13.25", 4-oz | 4 007371 03249 0 | $6.50 | |
| 11.0943.00.02 | Replacement Dish Brushes, 2 pc | 4 007371 03347 3 | $2.50 | |
| 11.0943.28.00 | "Classic" Dish Washing Brush | 4 007371 03346 6 | $3.95 | |
| 11.0990.28.07 | "Classic" Tea Strainer, 3" | 4 007371 00031 4 | $4.50 | |
| 11.0990.28.09 | "Classic" Strainer, 3.5" | 4 007371 00238 7 | $5.95 | |
| 11.0990.28.12 | "Classic" Strainer, 5" | 4 007371 00032 1 | $7.80 | |
| 11.0990.28.16 | "Classic" Strainer, 6.5" | 4 007371 01727 5 | $10.95 | |
| 11.0990.28.18 | "Classic" Strainer, 7" | 4 007371 00034 5 | $12.95 | |
| 11.0990.28.20 | "Classic" Strainer, 8" | 4 007371 01728 2 | $15.75 | |
| 11.0990.28.22 | "Classic" Strainer, 9" | 4 007371 02505 8 | $19.95 | |
| 12.1000.28.00 | "Parma" Melon Baller, 7.5" | 4 007371 03052 6 | $4.50 | |
| 12.1001.28.00 | "Parma" Pizza Cutter, 8" | 4 007371 03053 3 | $4.95 | |
| 12.1003.28.00 | "Parma" Pastry Cutter, 7.5" | 4 007371 03055 7 | $4.50 | |
| 12.1004.28.00 | "Parma" Oyster Knife, 8" | 4 007371 03056 4 | $5.75 | |
| 12.1005.28.00 | "Parma" Egg Lifter, 13" | 4 007371 03057 1 | $4.90 | |
| 12.1006.28.00 | "Parma" Bottle Opener, 7" | 4 007371 03058 8 | $4.75 | |
| 12.1007.28.00 | "Parma" Cheese Knife, 12" | 4 007371 03059 5 | $5.95 | |
| 12.1008.28.00 | "Parma" Palette Knife, 11.5" | 4 007371 03060 1 | $6.25 | |
| 12.1009.28.00 | "Parma" Lemon Zester, 7" | 4 007371 03061 8 | $4.80 | |
| 12.1010.28.00 | "Parma" Nutmeg Grater, 10.5" | 4 007371 03062 5 | $4.95 | |
| 12.1011.28.00 | "Parma" Cheese Plane, 10" | 4 007371 03063 2 | $5.50 | |
| | | | | |
| **KUCHENPROFI** | **CATALOG PAGE 14** | **PARMA GADGETS & TOOLS** | | |
| 12.1012.28.00 | "Parma" Apple Corer, 9.5" | 4 007371 03064 9 | $4.75 | |
| 12.1013.28.00 | "Parma" Palette with holes, 11" | 4 007371 03065 6 | $6.50 | |
| 12.1014.28.00 | "Parma" Triangular Peeler, 7.5" | 4 007371 03066 3 | $5.25 | |
| 12.1015.28.00 | "Parma" Traditional Peeler, 8.5" | 4 007371 03067 0 | $4.95 | |
| 12.1017.28.00 | "Parma" Can Opener, 8.5" | 4 007371 03096 0 | $10.75 | |
| 12.1018.28.00 | "Parma" Cheese Chopper, 9.5" | 4 007371 03094 6 | $5.75 | |
| 12.1022.28.00 | "Parma" Dessert Server, 9" | 4 007371 03258 2 | $6.50 | |
| 12.1023.00.02 | "Parma" 2 Replacement Brushes" | 4 007371 03455 5 | $3.95 | |
| 12.1023.28.00 | "Parma" Pastry Brush, 8.5" | 4 007371 03259 9 | $3.25 | |
| 12.1027.28.00 | "Parma" Nylon Turner, 14" | 4 007371 03361 9 | $5.75 | |
| NEW! 12.1029.28.00 | Parma Vegetable/ Truffle Slicer | 4 007371 03982 6 | $8.50 | |
| 12.1500.28.00 | "Parma" Soup Ladle, 12.5", 4 oz | 4 007371 03165 3 | $7.75 | |
| 12.1501.28.00 | "Parma" Sauce Ladle, 12", 2 oz | 4 007371 03166 0 | $7.50 | |
| 12.1502.28.00 | "Parma" Potato Masher, 12" | 4 007371 03167 7 | $7.50 | |
| 12.1503.28.00 | "Parma" Skimmer, 14" | 4 007371 03168 4 | $7.50 | |
| 12.1504.28.00 | "Parma" Large Fork, 13.5" | 4 007371 03169 1 | $5.50 | |
| 12.1505.28.00 | "Parma" Serving Spoon, 13" | 4 007371 03170 7 | $6.50 | |
| 12.1506.28.00 | "Parma" Turner, 13.5" | 4 007371 03171 4 | $6.50 | |
| 12.1507.28.00 | "Parma" Spaghetti Spoon, 12.5" | 4 007371 03192 9 | $7.50 | |

| Item # | Description | UPC/EAN Code | Price | Order |
|---|---|---|---|---|
| **KÜCHENPROFI** | **CATALOG PAGE 15** | **PARMA TOOLS, CHOPPERS & GRATERS** | | |
| 12.1508.28.00 | "Parma" Whisk, 12" | 4 007371 03209 4 | $5.50 | |
| 12.1509.28.00 | "Parma" Egg Lifter, Nylon, 15" | 4 007371 03533 0 | $5.50 | |
| 12.1512.28.00 | "Parma" Dish Washing Brush, 11" | 4 007371 03534 7 | $6.75 | |
| 12.1513.28.00 | "Parma" Cooking Spoon Perforated, 13" | 4 007371 03602 3 | $6.75 | |
| 12.1514.28.00 | "Parma" Cooking Spoon Flexible, 13" | 4 007371 03603 0 | $6.95 | |
| 12.1515.28.00 | "Parma" Cheese Cutter | 4 007371 03761 7 | $5.50 | |
| 13.0703.28.00 | Onion Chopper, 3.5" x 8.5" | 4 007371 03792 1 | $9.95 | |
| 13.0704.28.00 | Onion Chopper Deluxe, 3.5" x 8.25" | 4 007371 03870 6 | $10.95 | |
| 13.1005.28.00 | Garlic Plane | 8 001603 02060 2 | $3.95 | |
| 13.1006.28.00 | Nutmeg Slicer/Grater | 8 001603 02061 9 | $3.95 | |
| 13.1007.28.00 | "Professional" Egg Beater | 8 001603 00050 5 | $5.95 | |
| 13.1008.28.00 | Potato Press | 8 007427 00200 8 | $11.50 | |
| 13.1009.28.00 | Parsley Mill | 4 007371 02775 5 | $7.75 | |
| 13.1021.28.00 | Hand-held Cheese Grater | 4 007371 03226 1 | $9.00 | |
| 13.1024.22.00 | Multifunction Grater, w/ 2 drums | 4 007371 03366 4 | $9.75 | |
| 13.1025.28.00 | Stainless Steel Soap deluxe | 4 007371 03406 7 | $3.95 | |
| 13.1026.28.00 | Egg Slicer | 4 007371 03446 3 | $3.99 | |
| 13.1027.28.00 | Egg Pricker | 4 007371 03447 0 | $3.25 | |
| **KÜCHENPROFI** | **CATALOG PAGE 16** | **JUICERS, TONGS & ACCESSORIES** | | |
| 13.1028.28.00 | Acrylic Dressing Shaker with s/s top, 9 oz | 4 007371 03449 4 | $4.75 | |
| 13.1031.28.00 | Lemon/Juicer | 4 007371 03456 2 | $6.75 | |
| 13.1032.28.00 | Lemon/Orange Juicer | 4 007371 03464 7 | $5.40 | |
| 13.1034.28.00 | Apple/Potato Slicer | 4 007371 03543 9 | $10.95 | |
| 13.1036.28.00 | Cheese Grater s/s with 2 drums | 4 007371 03661 0 | $12.75 | |
| 13.1039.28.00 | Onion Holder, 2.5" x 5.4" | 4 007371 03748 8 | $5.50 | |
| 13.1042.28.00 | SS Herb Cutter | 4 007371 03774 7 | $12.50 | |
| 13.1043.66.00 | Sugar Dispenser | 4 007371 03791 4 | $7.95 | |
| 13.1046.28.00 | Roast Holder, 4.5" x 6.5" | 4 007371 03865 2 | $9.50 | |
| NEW! 13.1048.28.00 | Roast Cutting Tong, 11" | 4 007371 03979 6 | $9.50 | |
| NEW! 13.1053.28.00 | Tomato Cutting Tong, 9" | 4 007371 04101 0 | $7.95 | |
| 13.1900.107.00 | Corkscrew "Classico" black | 4 007371 03640 5 | $7.50 | |
| 13.1900.12.00 | Corkscrew "Classico" blue | 4 007371 03617 7 | $7.50 | |
| 13.1900.38.00 | Corkscrew "Classico" chrome | 4 007371 03639 9 | $7.50 | |
| 13.1900.66.00 | Corkscrew "Classico" clear | 4 007371 03618 4 | $7.50 | |
| 13.3001.28.00 | Cheese Grater, White, 2.6" x 10.35" | 4 007371 03745 7 | $7.95 | |
| 13.3010.28.00 | Garlic Plane SS / Large | 4 007371 03945 1 | $8.95 | |
| NEW! 13.3020.28.00 | Cheese Grater "DOMO", 6.25" | 4 007371 04036 5 | $7.95 | |
| 13.6600.28.00 | Lemon/Orange Juicer | 4 007371 02292 7 | $8.95 | |

| Item # | Description | UPC/EAN Code | Price | Order |
|---|---|---|---|---|
| **KUCHENPROFI** | **CATALOG PAGE 17** | **SALAD SPINNERS, CUTTING BOARDS ETC.** | | |
| 13.6700.28.00 | Lemon Reamer SS, 1.6" x 6" | 4 007371 03895 9 | $6.95 | |
| 13.7006.22.00 | Herb Cutter | 4 007371 03097 7 | $5.50 | |
| 13.7007.22.00 | Maxi Salad Spinner, white | 4 007371 03135 6 | $8.95 | |
| 13.7008.28.00 | Stainless Steel Salad Spinner | 4 007371 03156 1 | $19.95 | |
| 13.7009.28.01 | Garlic Press, s/s | 4 007371 03187 5 | $9.50 | |
| 13.7010.30.00 | Garlic Press "Presto" aluminum, with cleaner | 4 007371 03565 1 | $5.25 | |
| 13.7011.28.00 | Salad Spinner, stainless steel | 4 007371 03385 5 | $24.00 | |
| 13.8000.28.02 | Bowl for cutting board, 2 pc, 7" Diameter | 4 007371 03632 0 | $7.95 | |
| 13.8000.50.00 | Cutting Board w/ bowl, granite, 16" x 10.5" x1.5" | 4 007371 03625 2 | $15.00 | |
| 13.8100.50.00 | Cutting Board for sink, 16" x 11" x 1" | 4 007371 03793 8 | $17.50 | |
| NEW! 23.3626.12.00 | Cutting Board w/SS handle, Blue 14" x 10.25" | 4 007371 03961 1 | $6.50 | |
| NEW! 23.3626.22.00 | Cutting Board w/SS handle, White 14" x 10.25" | 4 007371 03959 8 | $6.50 | |
| NEW! 23.3626.50.00 | Cutting Board w/SS handle, Granite 14" x 10.25" | 4 007371 03960 4 | $6.50 | |
| 23.8500.28.00 | Fondue Set w/forks s/s | 4 007371 03651 1 | $50.00 | |
| 23.8510.28.00 | Fondue Forks, 6 pc | 4 007371 03652 8 | $15.00 | |
| 23.9600.28.00 | Poultry Scissors SS | 4 007371 03838 6 | $19.95 | |
| 23.9900.28.00 | Kitchen Scissors | 4 007371 03885 6 | $3.95 | |
| | | | | |
| **KUCHENPROFI** | **CATALOG PAGE 18** | **COLANDERS, S & P MILLS & TEA BOY** | | |
| 25.0100.28.18 | Single Arm Colander, 7" | 4 007371 03075 5 | $9.95 | |
| 25.0200.28.20 | Single Arm Colander, 8" | 4 007371 02882 0 | $14.40 | |
| 30.1142.28.00 | "Centro" Pepper Mill | 4 007371 03471 5 | $15.00 | |
| 30.1143.28.00 | "Centro" Salt Mill, stainless steel/chrome | 4 007371 03472 2 | $15.00 | |
| 30.1150.28.00 | Pepper Mill "Centro" Window | 4 007371 03770 9 | $18.75 | |
| 30.1151.28.00 | Salt Mill "Centro" Window | 4 007371 03771 6 | $18.75 | |
| 30.2006.66.00 | "Centro" Pepper Mill | 4 007371 03288 9 | $8.95 | |
| 30.2007.66.00 | "Centro" Salt Mill | 4 007371 03289 6 | $8.95 | |
| 30.2008.66.00 | "Centro" Pepper/Salt Mill | 4 007371 03290 2 | $16.50 | |
| 30.3200.28.00 | Electric Pepper Mill, s/s, 2" x 8.5" | 4 007371 03660 3 | $34.50 | |
| NEW! 30.4060.28.00 | Electric Peppermill "Berlin" | 4 007371 04046 4 | $22.50 | |
| 31.1000.00.00 | Teaboy "Penguin", 8 inch | 4 007371 03457 9 | $11.00 | |
| 31.1020.00.00 | Tea-Boy Timer, 5.5" | 4 007371 03741 9 | $7.50 | |
| 88006 | Bamboo Skimmer 6" | 0 90497 88006 3 | $2.75 | |
| 88008 | Bamboo Skimmer 8" | 0 90497 88008 7 | $3.75 | |
| 88010 | Bamboo Skimmer 10" | 0 90497 88010 0 | $5.25 | |
| 120172 | Cappuccino Spoon, s/s Mirror Polished 4.25" | 4 017166 12017 2 | $1.50 | |
| 120189 | Cappuccino Spoon, Mirror Polished 5" | 4 017166 12017 2 | $1.60 | |
| 200218 | Cocktail Shaker, mirror s/s, 15 oz | 4 017166 20021 8 | $13.00 | |
| 200225 | Cocktail Shaker, mirror s/s 21oz | 4 017166 20022 5 | $14.00 | |
| 200232 | Jigger, 2/3 c | 4 017166 20023 2 | $2.50 | |
| 200249 | Cocktail Shaker, brushed s/s 15 oz | 4 017166 20024 9 | $13.00 | |
| 200256 | Cocktail Shaker, brushed s/s 21 oz | 4 017166 20025 6 | $14.00 | |



**distributed in the U.S.A. by**
**Marpac House Inc.**
**1023 S. Pines Road**
**Spokane, WA 99206**
**ORDER TOLL FREE 1-800-336-6693**
**(509)928-8873**
**(509)928-9273 fax**

# C L E A N I N G

Stainless steel-the durable, functional, and timeless material that makes kitchen appliances remarkably stylish, now adds grace and beauty to scrubbing brushes. The Rectangular Hand Brush is ideal for sinks and countertops, while the Dish and Scrubby Brushes are great for pots and pans. The two-toned nylon bristle heads help to maintain the brush's good looks and can easily be replaced for long-lasting and hygenic use.



EXHIBIT

TOLL FREE 877.310.9102



This is a handy bar to have around the kitchen. Rubbing the bar removes any odor from your hands. Use after working with onions, fish, or garlic.

NEW!

8402



NEW!

8478

8476

It is easy to change the nylon bristle heads on Amco's cleaning brushes. Individual replacements are available for all three styles.

| Catalog Number | Description | Size | Packaging | Master Pieces | Net Cost |
|---|---|---|---|---|---|
| 8402 | Rub Away Bar, Stainless Steel | 4"L x 2½"W x 1½"H | Acetate Box | 6 | $3.50 |
| 8456 | Long Handled Dish Brush | 9"L x 2½" Dia | Bulk | 6 | 5.00 |
| 8457 | Scrubby Brush | 2½" Dia | Acetate Hanger | 6 | 4.00 |
| 8458 | Rectangular Hand Brush | 6½"L x 2½"W x 2½"H | Acetate Hanger | 6 | 5.00 |
| 8476 | Replacement Brush for Long Handled Dish Brush | 2½" Dia | Bulk | 6 | 1.75 |
| 8477 | Replacement Brush for Scrubby Brush | 2½" Dia | Bulk | 6 | 1.75 |
| 8478 | Replacement Brush for Rectangular Hand Brush | 6½"L x 2½"W x 2½"H | Bulk | 6 | 2.25 |

Sold only in master quantities indicated.

US00D480215S

## (12) United States Design Patent
Mastroianni

(10) Patent No.: **US D480,215 S**
(45) Date of Patent: ** **Oct. 7, 2003**

(54) **BRUSH**

(75) Inventor: **Michael R. Mastroianni**, Barrington, IL (US)

(73) Assignee: **AMCO Houseworks LLC**, Vernon Hills, IL (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/176,604**

(22) Filed: **Feb. 24, 2003**

(51) LOC (7) Cl. .................................................. **04-01**
(52) U.S. Cl. .......................... **D4/118; D4/127; D4/138**
(58) Field of Search ................. D4/118, 127, 132–134,
D4/138; D7/393, 395, 401.2, 642, 688;
15/143.1, 159.1, 160, 186, 187, 191.1,
105, 111; D28/63; D32/42, 51; 16/430,
431

(56) **References Cited**

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| D20,486 S | 1/1891 | Thompson |
| D183,543 S | 9/1958 | Scholl |
| D197,637 S | 3/1964 | Vallis |
| D249,599 S | 9/1978 | Whitaker |
| D344,634 S | 3/1994 | Berti |
| D349,193 S | 8/1994 | Sloan et al. |
| D371,002 S | 6/1996 | Berti |
| D373,904 S | 9/1996 | Vanderhoef et al. |
| D392,104 S | 3/1998 | Berti |
| D413,486 S | * 9/1999 | Kaposi et al. ............ D7/401.2 |
| D428,705 S | 8/2000 | Larson |
| D437,487 S | 2/2001 | Chen |
| D438,014 S | 2/2001 | Kroehl |
| D447,344 S | 9/2001 | Petner |
| D467,435 S | 12/2002 | Libman |

### OTHER PUBLICATIONS

Cooking.com, "Black Kitchen Brush (11–in.) Good Grips by OXO", www.cooking.com (accessed May 15, 2003).
Cooking.com, "Stainless Casabella Dishbrush (9.5–in.) by Casabella", www.cooking.com (accessed May 15, 2003).
Rubbermaid Home Products, "Ergo Dish & Sink Brush G175–48" www.rubbermaid.com (accessed May 15, 2003).
Sur La Table, "Rosle Dish Brush", www.surlatable.com (accessed May 29, 2003).
Merry Chance Industries, Ltd. "Nylon Brush with S/S tube handle" (Aug. 24, 2001) Photo only.

* cited by examiner

Primary Examiner—Marcus A. Jackson
Assistant Examiner—Lavone D. Tabor
(74) Attorney, Agent, or Firm—Michael, Best & Friedrich LLC

(57) **CLAIM**

The ornamental design for a brush, as shown and described.

**DESCRIPTION**

FIG. 1 is a front top perspective view of the brush;
FIG. 2 is a top plan view of the brush;
FIG. 3 is a right side elevation view of the brush;
FIG. 4 is a bottom plan view of the brush;
FIG. 5 is a rear elevation view of the brush;
FIG. 6 is a front bottom perspective view of the brush; and,
FIG. 7 is a left side elevation view of the brush.
The broken-line showing of the brush bristles is environmental structure and for illustrative purposes only and forms no part of the claimed design.
FIG. 1 is shown on a reduced scale.

1 Claim, 2 Drawing Sheets





EXHIBIT
G

**U.S. Patent**　　　Oct. 7, 2003　　　Sheet 1 of 2　　　**US D480,215 S**



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7

# Your source for Kuchenprofi's complete line of fine stainless steel kitchen tools!!

**Kuchenprofi has been making beautiful, high-quality stainless steel kitchen tools in Solingen, Germany, since 1923. They also have additional manufacturing facilities in Italy.**

| Home | FAQ's | Search | Enter to Win! | Products | Contact Us | Check Basket | Checkout Now |
|------|-------|--------|---------------|----------|------------|--------------|--------------|

KUCHENPROFI

Home > *Brushes -- Dishwashing & Replacements*

*Click on product name or photograph for description, additional information and the ability to add more than one of the items into your shopping cart.*

**Brushes -- Dishwashing & Replacements**



Kuchenprofi Dishwashing Brush
Code:**4-007371-04089-1**
Price: **$15.50**
Quantity in Basket: *none*

**NEW ITEM!** Who would have thought that you could have

**Your Basket Contents**

Quantity in Basket: none

Recently Visited Items

**Our Products**
*Click on category links below to see our products.*

Balls -- Tea, Herb, Rice & Spice
Bamboo Skimmers
Barbecue Accessories
Basters
Breadbox
Breading Sets
Brushes -- Dishwashing & Replacements
Brushes -- Pastry, Potato, Vegetable
Can Opener
Cappucino Foam Cups and Spoons
Choppers

**EXHIBIT**
*H*

Brushes -- Dishwashing & Replacements: Kitchen Proven

Cocktail Accessories
Colanders
Corkscrews
Cutting Boards and Accessories
Dish Drying Rack, Cutlery Trays and Knife Racks
Dispensers -- Oil, Soy Sauce, Sugar, Vinegar
Dredgers
Egg Rings, Timers, Etc.
Fondue Sets and Accessories
Food Mills
Funnels
Gift Certificates
Graters
Graters, Nutmeg
Herb Cutters
Herb Infusers
Herb Mills
Holders
Hooks and Racks
Juicers and Reamers
Kitchen Tools, Classic Series
Kitchen Tools, Parma Series
Kitchen Tools, Ralph Kramer Designs!
Knives, Speciality
Mandoline, Professional with Carriage
Marcato Pasta Machines & Accessories
Meat Pounders
Mezzaluna and Mincing Knives
Mortars and Pestles
New Items for 2003
Pans
Paper Towel Holders
Pasta Servers & Measurers
Pastry & Cooking Spoons and Scrapers
Planes
Potato Ricer
Rechaud
Roasting Pans
Rolling Pins
Salad Dressing Bottles
Salad Spinners
Salt & Pepper Grinders/Shakers
Scoops
Shakers, Salad Dressing
Shears, Kitchen and Poultry
Sieves and Sifters
Silicone Spatulas
Slicers, Apple / Potato
Spaetzle Makers
Splatter Screens
Spoon Rests
Stainless Steel Soap
Steamer Inserts

made a dishwashing brush look elegant! Stainless steel handle with the Kuchenprofi logo on it and a bristle brush. Brush is replaceable -- no need to throw it away when the bristles get worn. Brush is 2-1/2" in diameter with 1" long white plastic bristles. Handle is 6" long. Brush/handle is 9" long overall.

Quantity: [1]    [Add to Cart]



Kuchenprofi Washing Brush Holder
Code:**4-007371-03851-5**
Price: **$20.00**
Quantity in Basket: *none*

**NEW!** This brush holder keeps the brush upright so that it drains into the little bowl that the brush sits on. Stainless steel frame with acrylic bowl. Bowl removes for easy cleaning. Stand is 10" high, 4-3/8" wide and 4-1/2" deep.

Quantity: [1]    [Add to Cart]

Kuchenprofi Parma Dishwashing Brush
Code:**4-007371-03534-7**
Price: **$15.00**
Quantity in Basket: *none*

Brushes – Dishwashing & Replacements: Kitchen Proven

Strainers
Tea and Herb Infusers
Terrine Molds
Timers
Tongs
Trivets
Twine and Dispensers
Vegetable Peelers
Warmers
Whisks

Here's an old standby that everyone should have in their kitchen! Brush is made of natural stiff tampico bristles with a wooden base and measures 2-1/2" in diameter and with 1" long bristles. Quickly clean stubborn food off your dishes and keep your hands clean! Replacement brushes available (Item #4-007371-03347-3, shown in Related Items, below). Triangular handle keeps utensil from rolling away from you when set on a countertop. Handle has loop for hanging and is 11" long overall. Handle is made entirely of 18/10 stainless steel and is built for years of reliable service. Dishwasher safe.

**Quantity:** 1  Add to Cart

Kuchenprofi Replacement Dish Brushes, Set of 2
Code:**4-007371-03347-3**
Price: **$6.00**
Quantity in Basket: none

Don't throw your washing brush away just because the brush has gotten ugly! These replacement brushes fit our Classic and Parma dishwashing brushes. Natural stiff tampico bristle with wooden base. Remove and replace in seconds. Simply slide the metal collar on your brush handle away from the brush, slip the old brush out, put the new one in and slip the collar snug against the brush. You're done! Replacement brushes fit both the Classic Dishwashing Brush (Item #4-007371-03346-6) and the Parma Dishwashing Brush (Item #4-007371-03534-7) as shown in Related Items, below.

**Quantity:** 1  Add to Cart

Brushes -- Dishwashing & Replacements: Kitchen Proven

Kuchenprofi Classic Dishwashing
Brush
Code: **4-007371-03346-6**
Price: **$9.00**
Quantity in Basket: *none*

Here's an old standby that everyone should have in their
kitchen! Brush is made of natural stiff bristles with a wooden
base. Quickly clean stubborn food off your dishes and keep
your hands clean! Has 18/10 stainless steel loop handle.
Replacement brushes available (Item #4-007371-03347-3,
shown in Related Items, below).

Quantity: 1      Add to Cart

This site is secured by GeoTrust.

15-Dec-03 20:16 GMT >>
SECURED BY
[G GeoTrust Quickssl]

*KitchenProven!*
Seattle, WA, USA

**Questions? Please contact us by clicking here.**
**Hours: Monday thru Saturday -- 8:00AM - 5:00PM PST**
**In-stock items usually ship within 48 hours; backordered items may take up to 10 working days.**

Copyright © 2003 kitchenproven.com
All Rights Reserved.

*We accept:*

Brushes -- Dishwashing & Replacements: Kitchen Proven

VISA PayPal

*We are a member of SquareTrade. "Building Trust in Transactions (tm)"*

SQUARE TRADE

**Site Design by StudioSienna.com**



**Member of the:**



US00D480219S

(12) **United States Design Patent** (10) Patent No.: **US D480,219 S**

Mastroianni (45) Date of Patent: ** Oct. 7, 2003

(54) **BRUSH**

(75) Inventor: **Michael R. Mastroianni,** Barrington, IL (US)

(73) Assignee: **AMCO Houseworks, LLC,** Vernon Hills, IL (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/176,560**

(22) Filed: **Feb. 24, 2003**

(51) LOC (7) Cl. ...................................... **04-01**

(52) U.S. Cl. ......................................... **D4/138; D4/130**

(58) Field of Search ........................... D4/130, 132, 135, D4/137, 138, 199; 15/143.1, 159.1, 160, 167.3, 186, 187, 191.1

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D25,466 S | 5/1896 | Robinson | |
| 1,847,668 A | * 3/1932 | Reh | 15/159.1 |
| D255,088 S | * 5/1980 | Arbib | D4/137 X |
| D283,851 S | 5/1986 | Walko | |
| D285,131 S | 8/1986 | Wilkeson | |
| D366,670 S | * 1/1996 | Huh | D4/137 X |
| D429,890 S | 8/2000 | Tennant | |
| D441,961 S | 5/2001 | Gringer | |
| D459,589 S | 7/2002 | Farrage et al. | |
| D461,057 S | 8/2002 | Flores et al. | |

FOREIGN PATENT DOCUMENTS

DE 29809588 * 8/1998 .......... A46B/11/02

OTHER PUBLICATIONS

John Pritzlaff Hardware Co., Milwaukee, Wisconsin; © 1952, Item No. 22—Peach Scrubbing Brush, p. 1233.*

OXO International, "OXO Good Grips Bar Brush", Mar. 2002, www.oxo.com (accessed May 15, 2003).

Rubbermaid Home Products, 2002 "Scrub Brush G235–12", www.rubbermaid.com (accessed May 15, 2003).

* cited by examiner

*Primary Examiner*—Joel Sincavage
*Assistant Examiner*—Lavone D. Tabor
(74) *Attorney, Agent, or Firm*—Michael, Best & Friedrich, LLC

(57) **CLAIM**

The ornamental design for a brush, as shown and described.

**DESCRIPTION**

FIG. 1 is a front perspective view of the brush;

FIG. 2 is a top plan view of the brush;

FIG. 3 is a left side elevation view of the brush;

FIG. 4 is a right side elevation view of the brush;

FIG. 5 is a rear elevation view of the brush;

FIG. 6 is a front elevation view of the brush; and,

FIG. 7 is a bottom plan view of the brush.

The broken-line showing of the brush bristles is environmental structure and for illustrative purposes only and forms no part of the claimed design.

**1 Claim, 2 Drawing Sheets**



EXHIBIT
I

**U.S. Patent**     *Oct. 7, 2003*     **Sheet 1 of 2**     **US D480,219 S**

FIG. 1





FIG. 2





FIG. 3



FIG. 4



FIG. 5

FIG. 6

FIG. 7

## Your source for Kuchenprofi's complete line of fine stainless steel kitchen tools!!

**Kuchenprofi has been making beautiful, high-quality stainless steel kitchen tools in Solingen, Germany, since 1923. They also have additional manufacturing facilities in Italy.**

| Home | FAQ's | Search | KUCHENPROFI | Enter to Win! | Products | Contact Us | Check Basket | Checkout Now |

Home > Brushes -- Pastry, Potato, Vegetable > *Kuchenprofi Vegetable Brush, 6-1/4" Long*

### Kuchenprofi Vegetable Brush, 6-1/4" Long



Quantity in Basket: none
Code: 4-007371-04088-4
Price: $14.50

**Your Basket Contents**
Quantity in Basket: none

Recently Visited Items



**Our Products**
*Click on category links below to see our products.*

Balls -- Tea, Herb, Rice & Spice
Bamboo Skimmers
Barbecue Accessories
Basters
Breadbox
Breading Sets
Brushes -- Dishwashing & Replacements
Brushes -- Pastry, Potato, Vegetable
Can Opener
Cappucino Foam Cups and Spoons
Choppers

EXHIBIT
J

Kuchenprofi Vegetable Brush, 6-1/4" Long: Kitchen Proven

Quantity: 1
Add to Cart

**NEW ITEM!** Add a touch of class to your kitchen with this vegetable brush! Stainless steel handle with the Kuchenprofi logo on it and a bristle brush. Brush is 6-1/4" long and ergonomically shaped to fit your hand nicely.

Cocktail Accessories
Colanders
Corkscrews
Cutting Boards and Accessories
Dish Drying Rack, Cutlery Trays and Knife Racks
Dispensers -- Oil, Soy Sauce, Sugar, Vinegar
Dredgers
Egg Rings, Timers, Etc.
Fondue Sets and Accessories
Food Mills
Funnels
Gift Certificates
Graters
Graters, Nutmeg
Herb Cutters
Herb Infusers
Herb Mills
Holders
Hooks and Racks
Juicers and Reamers
Kitchen Tools, Classic Series
Kitchen Tools, Parma Series
Kitchen Tools, Ralph Kramer Designs!
Knives, Speciality
Mandoline, Professional with Carriage
Marcato Pasta Machines & Accessories
Meat Pounders
Mezzaluna and Mincing Knives
Mortars and Pestles
New Items for 2003
Pans
Paper Towel Holders
Pasta Servers & Measurers
Pastry & Cooking Spoons and Scrapers
Planes
Potato Ricer
Rechaud
Roasting Pans
Rolling Pins
Salad Dressing Bottles
Salad Spinners
Salt & Pepper Grinders/Shakers
Scoops
Shakers, Salad Dressing
Shears, Kitchen and Poultry
Sieves and Sifters
Silicone Spatulas
Slicers, Apple / Potato
Spaetzle Makers
Splatter Screens
Spoon Rests
Stainless Steel Soap
Steamer Inserts

Aluminum Vegetable Brush, 6-1/4" Long: Kitchen Proven

Strainers
Tea and Herb Infusers
Terrine Molds
Timers
Tongs
Trivets
Twine and Dispensers
Vegetable Peelers
Warmers
Whisks

This site is secured by GeoTrust.

15-Dec-03 20:16 GMT >>
SECURED BY
[G GeoTrust Quickssl]

**KitchenProven!**
Seattle, WA, USA

Questions? Please contact us by clicking here.
Hours: Monday thru Saturday -- 8:00AM - 5:00PM PST
In-stock items usually ship within 48 hours; backordered items may take up to 10 working days.

Copyright © 2003 kitchenproven.com
All Rights Reserved.

We accept:

[VISA] [MasterCard] [PayPal]

We are a member of SquareTrade. "Building Trust in Transactions (tm)"


SQUARE TRADE

Site Design by StudioSienna.com

Anaheron Vegetable Brush, 6-1/4" Long: Kitchen Proven



Member of the:

US00D480878S

(12) **United States Design Patent**

Mastroianni

(10) Patent No.: **US D480,878 S**

(45) Date of Patent: ** **Oct. 21, 2003**

(54) **BRUSH**

(75) Inventor: **Michael R. Mastroianni**, Barrington, IL (US)

(73) Assignee: **Amco Houseworks LLC**, Vernon Hills, IL (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/176,603**

(22) Filed: **Feb. 24, 2003**

(51) LOC (7) Cl. ................................................ **04-01**

(52) U.S. Cl. .............................. **D4/127; D4/138**

(58) Field of Search ......................... D4/127, 130, 133, D4/135, 138, 199; 15/143.1, 159.1, 160, 186, 187, 191.1; 401/6, 184; 601/137, 154; D28/63; D32/52

(56) **References Cited**

**U.S. PATENT DOCUMENTS**

| | | | | |
|---|---|---|---|---|
| 2,006,234 A | * | 6/1935 | Cosby | .......................... 15/143.1 |
| 2,090,050 A | * | 8/1937 | Jackson | .......................... 601/154 |
| 3,597,098 A | * | 8/1971 | Kellis | .............................. 401/6 |
| D266,116 S | | 9/1982 | Deconinck | |
| D326,778 S | | 6/1992 | Vetter | |
| D362,965 S | | 10/1995 | Tastanis | |
| D438,013 S | | 2/2001 | Hay | |

| | | |
|---|---|---|
| D439,052 S | 3/2001 | Hay |
| D442,369 S | 5/2001 | Damiano |

OTHER PUBLICATIONS

Cooking.com, "Black Handled Flexible Mushroom Brush (2–in.) Good Grips by Oxo", www.cooking.com (accessed May 15, 2003).

* cited by examiner

*Primary Examiner*—Pamela Burgess
*Assistant Examiner*—Lavone D. Tabor
(74) *Attorney, Agent, or Firm*—Michael, Best & Friedrich LLC

(57) **CLAIM**

The ornamental design for a brush, as shown adn described.

**DESCRIPTION**

FIG. 1 is a front perspective view of the brush;
FIG. 2 is a top plan view of the brush;
FIG. 3 is a side elevation view of the brush, the other side views being identical; and,
FIG. 4 is a bottom plan view of the brush.
The broken-line showing of the brush bristles is environmental structure and for illustrative purposes only and forms no part of the claimed design.

1 Claim, 1 Drawing Sheet





EXHIBIT
K

This PDF of U.S. Design Patent D480878 provided by Patent Fetcher™, a product of Patent Logistics, LLC - Page 1 of 2

**U.S. Patent**     Oct. 21, 2003     **US D480,878 S**



FIG. I



FIG. 2



FIG. 3



FIG. 4

## Your source for Kuchenprofi's complete line of fine stainless steel kitchen tools!!

**Kuchenprofi has been making beautiful, high-quality stainless steel kitchen tools in Solingen, Germany, since 1923. They also have additional manufacturing facilities in Italy.**



KUCHENPROFI

| Home | FAQ's | Search | Enter to Win! | Products | Contact Us | Check Basket | Checkout Now |

Home > Brushes -- Pastry, Potato, Vegetable > Kuchenprofi Potato Brush, 2-3/4" Diameter

**Kuchenprofi Potato Brush, 2-3/4" Diameter**



Quantity in Basket: *none*
Code: 4-007371-04087-7
Price: $12.50

**Your Basket Contents**
Quantity in Basket: none

Recently Visited Items

**Our Products**
*Click on category links below to see our products.*

Balls -- Tea, Herb, Rice & Spice
Bamboo Skimmers
Barbecue Accessories
Basters
Breadbox
Breading Sets
Brushes -- Dishwashing & Replacements
Brushes -- Pastry, Potato, Vegetable
Can Opener
Cappucino Foam Cups and Spoons
Choppers



EXHIBIT
L

Kuchenprofi Potato Brush, 2-3/4" Diameter: Kitchen Proven

Cocktail Accessories
Colanders
Corkscrews
Cutting Boards and Accessories
Dish Drying Rack, Cutlery Trays and Knife Racks
Dispensers -- Oil, Soy Sauce, Sugar, Vinegar
Dredgers
Egg Rings, Timers, Etc.
Fondue Sets and Accessories
Food Mills
Funnels
Gift Certificates
Graters
Graters, Nutmeg
Herb Cutters
Herb Infusers
Herb Mills
Holders
Hooks and Racks
Juicers and Reamers
Kitchen Tools, Classic Series
Kitchen Tools, Parma Series
Kitchen Tools, Ralph Kramer Designs!
Knives, Speciality
Mandoline, Professional with Carriage
Marcato Pasta Machines & Accessories
Meat Pounders
Mezzaluna and Mincing Knives
Mortars and Pestles
New Items for 2003
Pans
Paper Towel Holders
Pasta Servers & Measurers
Pastry & Cooking Spoons and Scrapers
Planes
Potato Ricer
Rechaud
Roasting Pans
Rolling Pins
Salad Dressing Bottles
Salad Spinners
Salt & Pepper Grinders/Shakers
Scoops
Shakers, Salad Dressing
Shears, Kitchen and Poultry
Sieves and Sifters
Silicone Spatulas
Slicers, Apple / Potato
Spaetzle Makers
Splatter Screens
Spoon Rests
Stainless Steel Soap
Steamer Inserts

Quantity: 1
Add to Cart

**NEW ITEM!** What an elegant potato brush  Stainless steel body with the Kuchenprofi logo on it and a white plastic bristle brush.  Fits nicely in the palm of the hand.  Brush is 2-3/4" in diameter with 1" long bristles.  Brush can be replaced when it gets worn.

Andruchron Potato Brush, 2-3/4" Diameter: Kitchen Proven

Strainers
Tea and Herb Infusers
Terrine Molds
Timers
Tongs
Trivets
Twine and Dispensers
Vegetable Peelers
Warmers
Whisks

This site is secured by GeoTrust.

15-Dec-03 20:46 GMT

SECURED BY
GeoTrust QuickSSL

**KitchenProven/**
Seattle, WA, USA

**Questions? Please contact us by clicking here.**
Hours: Monday thru Saturday – 8:00AM - 5:00PM PST
In-stock items usually ship within 48 hours; backordered items may take up to 10 working days.

Copyright © 2003 kitchenproven.com
All Rights Reserved.

*We accept:*

 

*We are a member of SquareTrade. "Building Trust in Transactions (tm)"*

SQUARE
TRADE

Site Design by StudioSienna.com

Case: 1:03-cv-09071 Document #: 1 Filed: 12/16/03 Page 60 of 62 PageID #:60

Kitchenproft Potato Brush, 2-3/4" Diameter: Kitchen Proven



**Member of the:**

DOCKETED

DEC 1 7 2003

JUDGE LEINENWEBER

03C 9071

MAGISTRATE JUDGE DENLOW

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

**Plaintiff(s): AMCO HOUSEWORKS LLC**

**Defendant(s):KUCHENPROFI - A. SCHMITZ GMB & CO. KG, KUCHENPROFI, INC. and MARPAC HOUSE, INC. d/b/a KUCHENPROFI USA**

County of Residence:

County of Residence:

Plaintiff's Atty:   Michael K. Nutter
Michael Best & Friedrich, LLP
401 N. Michigan Ave., Suite
1900 Chicago, Illinois 60611
(312) 22-0800

Defendant's Atty:

03 DEC 16 PM ED-ED4

CLERK DISTRICT COURT

---

II. Basis of Jurisdiction:    **3. Federal Question (U.S. not a party)**

III. Citizenship of Principal
Parties (Diversity Cases Only)
     Plaintiff:- **N/A**
     Defendant:- **N/A**

IV. Origin :    **1. Original Proceeding**

V. Nature of Suit:    **830 Patent**

VI. Cause of Action:    **Patent infringement under 35 U.S.C. Sections 100, et seq.; trade dress infringement and federal unfair competition under 15 U.S.C. Sections 1051-1129.**

VII. Requested in Complaint
     Class Action: **No**
     Dollar Demand: **N/A**
     Jury Demand: **Yes**

VIII. This case **IS NOT** a refiling of a previously dismissed case.

---

Signature: _(signature)_

Date: Dec. 16, 2003

DOCKETED
DEC 17 2003

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

JUDGE LEINENWEBER

EASTERN DIVISION

MAGISTRATE JUDGE DENLOW

In the Matter of

AMCO HOUSEWORKS LLC

v.

KUCHENPROFI - A. SCHMITZ GMB & CO., KG, KUCHENPROFI, INC. and
MARPAC HOUSE, INC. d/b/a KUCHENPROFI USA

Case Number:

# 03C 9071

## APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

Plaintiff AMCO Houseworks LLC

FILED-ED4
03 DEC 16 PM 4:00
CLERK U.S. DISTRICT COURT

| (A) | (B) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME Barry W. Sufrin | NAME Charles A. Laff |
| FIRM Michael Best & Friedrich, LLP | FIRM Same as (A) |
| STREET ADDRESS 401 N. Michigan Ave., Suite 1900 | STREET ADDRESS |
| CITY/STATE/ZIP Chicago, Illinois 60611 | CITY/STATE/ZIP |
| TELEPHONE NUMBER (312) 222-0800 — FAX NUMBER (312) 222-0818 | TELEPHONE NUMBER — FAX NUMBER |
| E-MAIL ADDRESS bwsufrin@mbf-law.com | E-MAIL ADDRESS calaff@mbf-law.com |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 2765314 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 1558153 |
| MEMBER OF TRIAL BAR? YES ☑ NO ☐ | MEMBER OF TRIAL BAR? YES ☑ NO ☐ |
| TRIAL ATTORNEY? YES ☑ NO ☐ | TRIAL ATTORNEY? YES ☑ NO ☐ |
| | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☑ |

| (C) | (D) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME Martin L. Stern | NAME Michael K. Nutter |
| FIRM Same as (A) | FIRM Same as (A) |
| STREET ADDRESS | STREET ADDRESS |
| CITY/STATE/ZIP | CITY/STATE/ZIP |
| TELEPHONE NUMBER — FAX NUMBER | TELEPHONE NUMBER — FAX NUMBER |
| E-MAIL ADDRESS mlstern@mbf-law.com | E-MAIL ADDRESS mknutter@mbf-law.com |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 2727307 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 6243586 |
| MEMBER OF TRIAL BAR? YES ☑ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☑ |
| TRIAL ATTORNEY? YES ☑ NO ☐ | TRIAL ATTORNEY? YES ☑ NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☑ | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☑ |

1-3